# ATTACHMENT A

Asset Description:

Any and all rights, presently-held and future, for the motion picture "The Wolf of Wall Street" belonging to Red Granite Pictures, Inc. ("Red Granite Pictures"), a film production company located at 10990 Wilshire Boulevard, 8th floor, Los Angeles, CA 90024, including copyright and intellectual property rights, as well as the right to collect and receive any revenue or receipts (whether gross or net), royalties, and/or other proceeds resulting from the ownership by or interest of Red Granite Pictures in connection with the role of Red Granite Pictures in producing, distributing, or otherwise financing or promoting the motion picture "The Wolf of Wall Street," as well as any and all monies received or held by Red Granite Pictures, whether as cash or held in any account in any financial institution, that constitutes any and all proceeds, to include but not limited to any revenue or receipts (whether gross or net), royalties, and/or other proceeds resulting from the ownership by or interest of Red Granite Pictures, whether in whole or part, in connection with the role of Red Granite Pictures in producing, distributing, or otherwise financing or promoting the motion picture "The Wolf of Wall Street," or related to or derived from same.

Interested Parties:

The parties believed to have a potential interest in the Defendant Asset are Red Granite Pictures, Inc., Riza Shahriz Bin Abdul Aziz, Joey McFarland, Low Taek Jho, Mohamed Ahmed Badawy Al-Husseiny, Red Granite Capital Limited and Jynwel Capital Ltd.  Red Granite Pictures is a movie production company co-founded by Aziz in 2010, which produced several major motion pictures, including "The Wolf of Wall Street," "Friends with Kids," and "Dumb and Dumber To."  Red Granite Pictures was incorporated in California on September 30, 2010, as Red Granite Productions and changed its name to Red Granite Pictures on or about June 6, 2011.  Red Granite Pictures' website lists Aziz as the founder, chairman, CEO, and producer.