# **ATTACHMENT C**

UNITED ARAB EMIRATES LAW

FEDERAL LAW NO (3) OF 1987 ON ISSUANCE OF THE PENAL CODE

**Article (224):**  A prison term shall be inflicted upon any public official or person assigned to public service who misappropriates property held in his possession ex officio or by reason of his assignment.

**Article (225):**  A term of imprisonment shall be inflicted upon any public official or person assigned to public service who takes advantage of his position and unjustifiably embezzles the property of the State or the property that belongs to any of the authorities stated in Article (5) or facilitates this matter for other persons.

**Article (227):**  Punishment by term imprisonment shall be inflicted upon any public official or person assigned to public service who has been entrusted to safeguard the interest of the State, or any of the authorities stated in Article (5), in a transaction, operation, or case, and who willfully prejudices such an interest in order to gain advantage for himself or for another person.

**Article (228):**  A prison term shall be inflicted upon any public official or person assigned to public service who is concerned with the preparation, administration or performance of job contracts, supplies, works or contracts related to the State, or any of the authorities indicated in Article (5), who gains directly or through a mediator from any of said works, or obtains for himself or for another a commission on any matter pertaining to said works.

**Article (229):**  A prison term not exceeding five years shall be inflicted upon any one who willfully commits an act of fraud in performing all or some of the obligations

imposed upon him in a job, a supply contract, or other administrative contracts concluded with the Government or any of the authorities provided for in Article (5). . . .

**Article (5):** The following shall ipso jure be considered a public official:

    1.    Persons entrusted with the public authority and employees working in ministries and governmental departments.

    2.    Members of the Armed Forces.

    3.    Chairmen and members of the legislative, consultative and municipal councils.

    4.    Whoever is delegated by any of the public authorities to perform a specific assignment within the limits of the work entrusted to him.

    5.    Chairmen and members of board of directors, managers and all other employees working in associations and public corporations.

    6.    Chairmen and members of boards of directors and all other employees working in associations and public welfare institutions.

Whoever is not included in the categories stated in the preceding clauses and performs work connected with public service in accordance with instructions issued to him from a public official having the authority to give such an instruction according to prescribed laws or regulations, concerning the work assigned to him, shall be considered ipso jure to be entrusted with a public service.

**Article (399):** Detention or a fine shall be imposed upon any one who seizes, for himself or for another, a movable property, or obtains a document or signature thereon, cancellation or destruction thereof or amendment thereto by fraudulent means, or by assuming a false name or capacity, where such an act leads to deception of a victim and leads him to surrender. . . .