UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 16-5362 DSF (PLAx) | Date | 8/4/16 |
|---|---|---|---|
| Title | United States of America v. "The Wolf of Wall Street" Motion Picture, etc., | | |

Present: The Honorable  DALE S. FISCHER, United States District Judge

| Debra Plato | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| John Kucera<br>Woo S. Lee | Karen Yumi Paik |

**Proceedings:** Hearing on Stipulation and Proposed Order

    The matter is called and counsel for the government state their appearances. The Court and counsel discuss status of the case and changes to the order on the stipulation as set forth on the record. Defense counsel for Red Granite Pictures, Inc. appeared at the conclusion of the hearing.