1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3          WESTERN DIVISION

4      THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

5

6  UNITED STATES OF AMERICA,              )
                                          )
7                      Plaintiff,         )
                                          )
8                                         )
           vs.                            )   No. CV 16-5362 DSF-PLA
9                                         )
   "THE WOLF OF WALL STREET" MOTION       )
10 PICTURE, et al.,                       )
                                          )
11                     Defendants.        )
   ───────────────────────────────────────)

12

13

14

15         REPORTER'S TRANSCRIPT OF PROCEEDINGS

16

17              Los Angeles, California

18         Thursday, August 4, 2016, 2:10 P.M.

19                Status Conference

20

21                          PAT CUNEO CSR 1600, CRR-CM
                            Official Reporter
22                          Roybal Federal Building
                            Room 181-E
23                          255 East Temple Street
                            Los Angeles, California 90012
24                          213-894-1782
                            patcuneo1600@gmail.com
25                          www.patcuneo.com

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF:     EILEEN DECKER, UNITED STATES ATTORNEY
                            BY:   JOHN KUCERA
 3                                ASSISTANT UNITED STATES ATTORNEY
                            ASSET FORFEITURE SECTION
 4                          United States Courthouse, 14th Floor
                            312 N. Spring Street
 5                          Los Angeles, California 90012
                            213-894-3391
 6                          john.kucera@usdoj.gov
                                      -and-
 7                          UNITED STATES DEPARTMENT OF JUSTICE
                            BY:   WOO S. LEE
 8                                ASSISTANT UNITED STATES ATTORNEY
                            1400 New York Avenue, N.W.
 9                          10th Floor
                            Washington D.C. 20598
10                          202-598-2249
                            woo.lee@usdoj.gov
11
     FOR THE DEFENDANT:     BOIES, SCHILLER & FLEXNER LLP
12                          BY:   KAREN PAIK, ASSOCIATE
                                  ATTORNEY AT LAW
13                          401 Wilshire Boulevard
                            Suite 850
14                          Santa Monica, California  90401
                            310-752-2490
15                          kpaik@bsfllp.com

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | LOS ANGELES, CALIFORNIA; THURSDAY, AUGUST 4, 2016; 2:10 P.M. |
| 2 | -oOo- |
| 3 | THE CLERK:  All rise.  This United States District |
| 4 | Court is in session. |
| 5 | Calling Item No. 2, CV 16-5363, United States of |
| 6 | America vs. "The Wolf of Wall Street." |
| 7 | MR. KUCERA:  Good afternoon, Your Honor. |
| 8 | John Kucera on behalf of the United States.  At counsel |
| 9 | table is Woo Lee, trial attorney from the Criminal Division |
| 10 | of the Department of Justice. |
| 11 | THE COURT:  Good afternoon. |
| 12 | We gave notice to the other counsel whose names |
| 13 | now appear on the docket and apparently we received a call |
| 14 | from someone who said she was a half an hour away.  I don't |
| 15 | know what that's about.  I set this for 2:00 o'clock. |
| 16 | MR. KUCERA:  I can give you a little bit of |
| 17 | background on this, Your Honor, if you'd like. |
| 18 | THE COURT:  Okay. |
| 19 | MR. KUCERA:  I believe her name is Ms. -- I have |
| 20 | never met her.  She's an attorney at boy shy.  The lead |
| 21 | counsel at Boies Schiller who's representing Red Granite in |
| 22 | this matter is Matt Schwartz.  Matt Schwartz is based out of |
| 23 | New York. |
| 24 | When Your Honor asked that we be present today at |
| 25 | this time, Matt contacted me and told me that he was |

overseas in Asia and that he was looking to try to get a

flight to make it back but he wasn't able to.

I suggested that he consider a telephonic and he

was going to try and seek your permission to do so.  But it

turned out that the only flight that he could get on to get

here in time, should Your Honor have continued it to Friday

or Monday, would have been a flight right now.  So as I

understand it, he is presently in the air.

The other Boies counsel attorney who is supposed

to be here today who is local entered her appearance solely

for the purpose of being able to wave in Matt Schwartz who

is going to be appearing pro hac.

So I've never spoken to her.  When I communicated

with Matt Schwartz about whether I should include her in

e-mails between Boies and myself going forward, Matt's

response to me was that won't be necessary.

THE COURT:  So the whole purpose of local counsel

that we require is to have someone local.  That's point one

which I'm making to you for no particular reason since you

know all that.

So we're not starting out well.

The second thing is I thought in my e-mail I

indicated that an alternate time could be set up if this

didn't work because I know it was on short notice, and it

was on short notice because of the nature of this proceeding

1    and I assume you want to get this done as soon as possible.

2         So --

3         MR. KUCERA:  Your Honor, I'm not sure but I did

4    send an e-mail to court yesterday.  I wasn't sure whether

5    the Court received that e-mail timely enough to be able to

6    make decision asking to continue this matter until next

7    week.

8         THE COURT:  I got no such e-mail.

9         THE CLERK:  I didn't either.

10        MR. KUCERA:  Were you cc'd on that?  Did you

11   receive that?  For the record, I'm asking Mr. Lee.

12        MR. LEE:  I think so.  I think I received it.

13        THE CLERK:  The last e-mail I got from you is that

14   you would be there.

15        MR. KUCERA:  Yes, I did say that I would be there.

16   Then when Matt Schwartz got in contact with me, he and I

17   drafted an e-mail to send to the Court.

18        I did, in fact -- unfortunately, my work phone

19   broke this morning and I don't have it with me.  Otherwise,

20   I would show the Court the e-mail that I sent.

21        THE COURT:  Did you send it to our chambers

22   e-mail?

23        MR. KUCERA:  I replied to the e-mail that was --

24   that I received from the Court asking us to be present on --

25   today.

1          THE CLERK:   Hmm.

2          MR. KUCERA:   Just as one last caveat, our computer

3    systems were recently changed and we've been experiencing

4    all sorts of problems you may have seen from the --

5          THE COURT:   So I hear.

6          MR. KUCERA:   So that's the only other potential

7    issue I can imagine.

8          THE COURT:   Well, I don't know what you want to do

9    because the timing here is yours.   You're the one that

10   submitted something to me.

11         I can talk to you now about my concerns without

12   the other side since -- and that would explain why she

13   wondered whether the matter had been continued when she

14   spoke to my clerk.

15         Certainly, if I had gotten that e-mail, I would

16   have continued it.   That was the whole purpose of telling

17   you in my e-mail that I was willing to do that and I hope it

18   wasn't too inconvenient for counsel to get on a plane and

19   come here from Asia to deal with this.

20         So I don't know whether you want to proceed or --

21         MR. KUCERA:   Well, Your Honor, my thinking is

22   this.   The stipulation was hammered out between me and

23   defense.   In some ways our interests are now aligned at

24   least on this one document.

25         So to the extent Your Honor has some concerns,

hopefully I can adequately address those and I will, of

course, understand if at some point defense counsel wants to

add his side of whatever I'm saying.

THE COURT:  Well, maybe the most efficient thing

to do is for me to go ahead and talk to you about my

concerns and then he can get the transcript and he can see

what they were and -- because I'm certainly not signing this

order and so you will need to be doing a new order.

MR. KUCERA:  Understood.

THE COURT:  So just in general, I think I have a

vague idea of what you're trying to accomplish, maybe more

than a vague idea, but to the extent I have an idea, I don't

see how it's being accommodated with this proposed order.

So I don't know if I actually grant stipulations

but I think the title is the least of our problems.

First of all, the order, frankly, has too many

words, too many long sentences, and that makes it

impossible, at least for me, to follow in some cases.

And since I will be the one determining whether

people are in contempt if they don't follow it, I need to

understand it or it won't work at all.

So most of this seems to be telling parties, for

want of a better word, although I'm not sure they are really

parties, to keep on doing what they're doing.

So I don't know that that's really necessary.  I

1  think everybody can see what's in the stipulation.

2          MR. KUCERA:  If I may?

3          THE COURT:  Let me finish.

4          MR. KUCERA:  Sure.

5          THE COURT:  So I don't know whether there's a good

6  reason why, for example, Fintage needs to be told to keep

7  doing the things it's doing under preexisting contract.

8          So if you have something to comment on just about

9  that, go ahead.

10          MR. KUCERA:  Certainly, Your Honor.

11          These negotiations between the government and Red

12  Granite were largely driven by third parties in the normal

13  sense of the term parties.

14          There are other entities outside of the parties to

15  this case.  Their concerns about lending agreements, their

16  concerns about continuing to do business with Red Granite,

17  whether banks would be considered liable for negotiating

18  checks and things of that nature.

19          So most of what was done here was intended to be a

20  certain amount of comfort language to those third parties

21  and banks in order to make sure that they did not feel that

22  they would either be held liable by the government, by the

23  Court, or have some sort of civil exposure in terms of any

24  money laundering requirements, or things of that sort, if

25  they were to do business with Red Granite.

1       So with that in mind we were also told -- asked by

2   these banks and third parties to have an order that was

3   essentially one document that they could look at and show to

4   all their interested parties to make sure that that document

5   said everything they needed to have comfort.

6       So I understand Your Honor's point; that there are

7   a lot of words in here.  There's a reason that we had them

8   and I understand that that might not be the Court's reasons

9   and we will amend them.

10      But it was not done absentmindedly.  It was done

11  purposefully in order to try and make sure that these banks

12  and other parties were going to continue to do business and

13  not just say:  We don't want to have any part of that risk.

14      THE COURT:  Well, and I assumed that that was what

15  you were trying to accomplish.  I didn't know how much

16  contact you had with these other third parties.  And if your

17  stipulation gives them comfort, fine, but that's not my job.

18      MR. KUCERA:  Understood.

19      THE COURT:  My job is to make an order that I have

20  jurisdiction to make and that I would have some comfort

21  enforcing if and when that ever came to my attention.

22      So, again, some of like -- paragraph 2.  This

23  first sentence just is -- is just much too convoluted.  So

24  you need to fix that.  It just -- it winds around and goes

25  back and forth and there must be an easier way to say that.

1    I don't know why it can't just say something like:

2    If proceeds from "The Wolf of Wall Street" are to be paid

3    under any agreement to Red Granite Pictures, the money will

4    be held by Fintage in a segregated account until further

5    order of Court.

6        But I'm not telling you what to propose.  I'm just

7    suggesting this can be done in a much shorter way.

8        I don't know what it means to say -- and now what

9    you're saying -- I'm making an order that Fintage shall

10   maintain such funds free and clear of any further liens or

11   encumbrances; and I can't enforce it if I don't know what it

12   means.

13       So are you suggesting -- I don't think you're

14   suggesting that Fintage is going to encumber it.  Maybe you

15   are.  But I don't know if you're suggesting Fintage should

16   prevent anybody else from encumbering it.  I just don't know

17   what --

18       MR. KUCERA:  Yes, I see the confusion there, Your

19   Honor.  I'm happy to explain what we intended but it's

20   probably best that we just redraft it to more clearly

21   express our intent.

22       THE COURT:  Okay.

23       And then paragraph 3.  Why would I order and how

24   can I order entities that aren't parties here to do or not

25   to do anything that -- I mean, I suppose under certain

1   circumstances I could.  But for me to order Comerica and the

2   lenders not to make any additional loans or advances, I

3   don't think I have jurisdiction to do that.

4        I don't know where I would get that jurisdiction

5   unless they want to sign on and say, yes, tell us we can't

6   do this for some reason but I don't just pick stray people

7   out of the air.

8        If they were, you know, the typical partners,

9   agents, assigns, blah-blah-blah, that's one thing.  But

10  these are just third parties doing business with Red Granite

11  or whomever or whatever here and I don't think I have the

12  ability.

13       MR. KUCERA:  I think that's the exact same problem

14  as in paragraph 2; and that is sort of -- now that Your

15  Honor is drawing my attention to it, I see the point.

16       The intent was to say that Red Granite shall not

17  cause these things to happen and that's the better way to

18  approach it.

19       THE COURT:  Right; okay.  And I think that

20  probably is a theme throughout.

21       And then paragraph 4, again, all third parties

22  obligated to pay proceeds are expressly permitted to.  Why

23  should I tell people they're permitted to do things?

24       That's one issue.  But then the next phrase says:

25  And shall continue to do so without interruption.

1        I don't know why, again, I would have authority to

2   tell them that; and if the government wants to hold them

3   harmless, I guess that's the government's problem.

4        I assume you have authority from on high to do

5   that.  But I'm not sure what it means here.

6        So, again, I have this third-party problem and it

7   seems to me you should be having me prevent the -- I don't

8   want to call them the bad people because I don't know who --

9   I'm not sure who is doing what to whom here -- but prevent

10  things that you want to prevent so long as they're a party

11  to this stipulation as opposed to pulling third parties in

12  and telling them what they can't do or what they must do.

13       And paragraph 6 is similar.

14       And then paragraph 5, I think we have the same

15  issues as in paragraph 2.

16       7 and 8.  Why in my order do you have me

17  reflecting what the United States agrees to do?  I'm not

18  ordering the United States to do it.

19       I'm just saying the United States agrees to do it

20  and that really doesn't seem to me to be the kind of thing

21  that goes in my order.

22       I don't know what you mean to say other than maybe

23  you're referenced to everything being in the same document.

24  But, again, that's not my issue.

25       And you keep saying, for example, beginning in

1   paragraph 7, for actions taken during the pendency of this

2   stipulation.  This is not a stipulation.  It's my order.  So

3   if you mean during the pendency of my order, then that's

4   what you should say.

5           So 7 and 8 I had that same issue with reflecting

6   your agreement.

7           Paragraph 9, I think you mean the funds in the

8   FWKCAMA account?

9           MR. KUCERA:  Yes, Your Honor.

10          THE COURT:  Okay.  There are no funds in the

11  agreement.

12          You say nothing -- now you say "Stipulation and

13  Order" -- restrains any assets other than the Defendant in

14  Rem.  I don't think it really restrains much of anything.

15  But I'm not sure what you're -- what you're trying to

16  include in or except out.

17          And then you say except as specifically set forth

18  herein, which is always a problem because sooner or later

19  you're going to get caught with something that either should

20  have been in here that's not or not in here that should have

21  been.  So, I mean, if that's really what you mean to say,

22  you just need to be very careful.

23          I don't think there's anything in here that really

24  stops Red Granite from alienating its rights in the film

25  other than maybe preexisting agreements with the private

1    parties.

2           And it doesn't -- the order doesn't seem to

3    prevent Red Granite from taking out any further loans

4    against the film except for some maybe limited things in

5    paragraph 3.

6           So, again, I think that paragraph 9 needs to be

7    looked at more carefully and there's -- again, we just have

8    a bunch of language in there about what people should

9    continue doing, even though there is nothing in my order or

10   the stipulation that tells them to stop doing it or not to

11   do things.

12          So it seems to create uncertainty.  Once you say

13   X should continue doing Y, then anybody else out there who's

14   doing something wonders why it's missing from -- I mean, I

15   don't want to interfere with your drafting just because I

16   used to be a lawyer.  But, again, I don't want somebody

17   coming in and saying:  But your order, Your Honor, says this

18   or doesn't say that.

19          Paragraph 10, I think as we already discussed if

20   it's some agent like CNB or Fintage, then maybe I can tell

21   them to do or not to do things if they're an agent for one

22   of the parties.

23          But I don't know how I can just make a blanket

24   order that any financial institution currently providing

25   banking services to Red Granite is directed to continue to

1   do so.   Why would I have the authority to do that?

2          And then paragraph 11.  I'm not -- I don't know

3   why this is in here.  Do you have some concern about --

4          MR. KUCERA:  So paragraph 11 was intended to sort

5   of limit the hold harmless provisions of the earlier

6   paragraphs so that the Title 31 bank secrecy obligations of

7   financial institutions would still continue.

8          It was not an effort to try and waive those

9   banks' Bank Secrecy Act.

10         THE COURT:  Well, they still have to follow the

11  law --

12         MR. KUCERA:  They have to follow the law.

13         THE COURT:  -- so you're not indemnifying them

14  against --

15         MR. KUCERA:  Part of the government's concern in

16  drafting document -- and, clearly, there should be more than

17  there were -- but part of the government's concern was that

18  this would present to parties outside of the parties to the

19  case the possibility of a public authority defense and other

20  actions.

21         THE COURT:  Well, you know -- and it says nothing

22  in this stipulation.  Again, this is not a stipulation.

23  This is an order.

24         And I -- especially things get twisted around --

25  so you make a statement and then you say:  However, no

```
1   financial institution shall be required to file reports
2   blah-blah.
3            I guess I can figure out what this means when
4   somebody comes in having violated it.  But I don't think
5   that's really what you want me to do.
6            You want to have it clear in here what people can
7   and can't do.  By the way, just out of curiosity, what
8   taxing authorities are paying proceeds to -- I don't get --
9            MR. KUCERA:  So one little nuance of the film
10  industry that I have learned is that much of foreign
11  distribution in film is a function of tax credits, and so
12  tax credits very often fund either the foreign production of
13  film or foreign distribution of films.
14           THE COURT:  Okay.
15           All right.  So those are my general problems with
16  this.
17           MR. KUCERA:  So start over, essentially.  I
18  understand, Your Honor.  I understand.
19                        (Laughter.)
20           MR. KUCERA:  And, again, just by way of
21  explanation, there are a lot of angels dancing on the head
22  of this pin.  There were a lot of parties that were trying
23  to be accommodated by this.
24           So this inartful draft is sort of a cobbling
25  together of all those interested parties in an attempt to
```

1    try and keep this entity afloat, both in order to protect

2    the assets for purposes of, you know, the owners; and should

3    the United States ever forfeit it, to protect the value of

4    the asset to be returned to the victims.

5         THE COURT:  Well, and I understand that and it

6    makes perfect sense.  And I think, as you've noticed from --

7    I don't know.  What is it only last week and this week --

8    I'm trying to be very responsive --

9         MR. KUCERA:  Yes, Your Honor.

10        THE COURT:  -- to everybody involved here because

11   I understand what's going on.

12        I'm sorry the gentleman is now on a plane.  I

13   don't know if he needed to be.  But if you want to get this

14   back to me, I will be in trial next week.

15        But, you know, I'll be able to either at a lunch

16   break when I'll bring in a relief court reporter so my court

17   reporters survive, or at the end of the day, we'll make time

18   to bring you in if you've got something else or if you

19   have --

20        MR. KUCERA:  Certainly.

21        THE COURT:  -- issues that you want to discuss so

22   we can get this done.  But I think you now have a sense of

23   what my concerns are from my standpoint as the judge in the

24   case, what I can and should be doing here.

25        MR. KUCERA:  And just -- there will be others that

1   are coming that we were kind of waiting to see how this one

2   went so we knew how to craft future documents.

3           The sense of urgency that Your Honor -- that's

4   somewhat gone away.  We've been, as a function of being on

5   the phone with a lot of these other banks and other

6   entities, they've been standing down and agreeing to

7   continue operations until we were able to get the order that

8   they want.

9           THE COURT:  Okay.

10          MR. KUCERA:  So while we obviously appreciate Your

11  Honor's doing this quickly, I don't think that it is a sense

12  of urgency anymore that there was.

13          THE COURT:  All right.  Well, you want to step

14  forward and make your appearance?

15          MS. PAIK:  My name is Karen Paik.  I'm from Boies,

16  Schiller & Flexner and appearing on behalf Red Granite

17  Pictures, Inc., or its affiliates and assigns.

18          THE COURT:  Okay.  And you're more than half an

19  hour late.

20          MS. PAIK:  I do apologize.  I just learned that I

21  would be appearing.  My colleague thought arrangements had

22  been made.  I'm very sorry.

23          THE COURT:  Well, since we've already had our

24  hearing, I will not order your firm to pay attorney's fees

25  to the government.

1          What I recommend that you do is order the court

2     reporter's transcript so that you can hear about the

3     discussion we've had and, basically, I was indicating my

4     various concerns about the order.

5          I'm not going to sign the order as it was

6     presented and I assume that the Boies Schiller attorney on

7     this case, who I guess is on a plane heading here now, will

8     be sitting down with counsel and working to come up with an

9     order that meets my requirements; and we'll see you next

10    time perhaps.

11              MS. PAIK:   Thank you, Your Honor.

12              THE COURT:   Thank you.

13              Anything else?

14              MR. KUCERA:   Nothing from the government, Your

15    Honor.

16              THE COURT:   All right.   Thank you.

17              MR. KUCERA:   Thank you.

18              (At 2:35 p.m. proceedings were concluded.)

19

20                        -o0o-

21

22

23

24

25

CERTIFICATE

3          I, PAT CUNEO, CSR 1600, hereby certify that
pursuant to Section 753, Title 28, United States Code, the
foregoing is a true and correct transcript of the
stenographically reported proceedings held in the
above-entitled matter and that the transcript page format is
in conformance with the regulations of the Judicial
Conference of the United States.


Date:  August 5, 2016


                              _____

                              /s/ PAT CUNEO                    _

                              PAT CUNEO, OFFICIAL REPORTER
                              CSR NO. 1600

MR. KUCERA: [30]
MR. LEE: [1]  5/11
MS. PAIK: [3]  18/14 18/19 19/10
THE CLERK: [4]  3/2 5/8 5/12 5/25
THE COURT: [29]

**-**

-and [1]  2/6
-oOo [2]  3/2 19/20

**/**

/s [1]  20/16

**1**

10 [1]  14/19
10th [1]  2/9
11 [2]  15/2 15/4
1400 [1]  2/8
14th [1]  2/4
16-5362 [1]  1/8
16-5363 [1]  3/5
1600 [3]  1/21 20/3 20/17
1782 [1]  1/24
181-E [1]  1/22

**2**

2016 [3]  1/18 3/1 20/11
202-598-2249 [1]  2/10
20598 [1]  2/9
213-894-1782 [1]  1/24
213-894-3391 [1]  2/5
2249 [1]  2/10
2490 [1]  2/14
255 [1]  1/23
28 [1]  20/4
2:00 [1]  3/15
2:10 [2]  1/18 3/1
2:35 [1]  19/18

**3**

31 [1]  15/6
310-752-2490 [1]  2/14
312 [1]  2/4
3391 [1]  2/5

**4**

401 [1]  2/13

**5**

5362 [1]  1/8
5363 [1]  3/5

**7**

753 [1]  20/4

**8**

850 [1]  2/13

**9**

90012 [2]  1/23 2/5
90401 [1]  2/14

**A**

ability [1]  11/12
able [5]  4/2 4/11 5/5 17/15 18/7
about [11]  3/15 4/14 6/11 7/5 8/8 8/15
 8/16 14/8 15/3 19/2 19/4

above [1]  20/7
absentmindedly [1]  9/10
accommodated [2]  7/13 16/23
accomplish [2]  7/11 9/15
account [2]  10/4 13/8
Act [1]  15/9
actions [2]  13/1 15/20
actually [1]  7/14
add [1]  7/3
additional [1]  11/2
address [1]  7/1
adequately [1]  7/1
advances [1]  11/2
affiliates [1]  18/17
afloat [1]  17/1
afternoon [2]  3/7 3/11
again [10]  9/22 11/21 12/1 12/6 12/24
 14/6 14/7 14/16 15/22 16/20
against [1]  14/5 15/14
agent [2]  14/20 14/21
agents [1]  11/9
agreeing [1]  18/6
agreement [3]  10/3 13/6 13/11
agreements [2]  8/15 13/25
agrees [2]  12/17 12/19
ahead [2]  7/5 8/9
air [2]  4/8 11/7
al [1]  1/10
alienating [1]  13/24
aligned [1]  6/23
all [11]  3/3 4/20 6/4 7/16 7/21 9/4
 11/21 16/15 16/25 18/13 19/16
already [2]  14/19 18/23
also [1]  9/1
alternate [1]  4/23
although [1]  7/23
always [1]  13/18
amend [1]  9/9
AMERICA [2]  1/6 3/6
amount [1]  8/20
Angeles [4]  1/17 1/23 2/5 3/1
angels [1]  16/21
any [8]  8/23 9/13 10/3 10/10 11/2
 13/13 14/3 14/24
anybody [2]  10/16 14/13
anymore [1]  18/12
anything [4]  10/25 13/14 13/23 19/13
aren't [1]  10/24
around [2]  9/24 15/24
arrangements [1]  18/21
as [14]  4/7 5/1 5/1 6/2 11/14 12/10
 12/11 12/15 13/17 14/19 17/6 17/23
 18/4 19/5
Asia [2]  4/1 6/19
asked [2]  3/24 9/1
asking [3]  5/6 5/11 5/24

asset [2]  2/3 17/4
assigns [1]  11/9 18/17
ASSISTANT [2]  2/3 2/8
ASSOCIATE [1]  2/12
assume [3]  5/1 12/4 19/6
assumed [1]  9/14
at [14]  2/12 3/8 3/20 3/21 3/24 6/23 7/2
 7/18 7/21 9/3 14/7 17/15 17/17 19/18
attempt [1]  16/25
attention [2]  9/21 11/15
attorney [8]  2/2 2/3 2/8 2/12 3/9 3/20
 4/9 19/6
attorney's [1]  18/24
August [3]  1/18 3/1 20/11
authorities [1]  16/8
authority [4]  12/1 12/4 15/1 15/19
Avenue [1]  2/8
away [2]  3/14 18/4

**B**

back [3]  4/2 9/25 17/14
background [1]  3/17
bad [1]  12/8
bank [2]  15/6 15/9
banking [1]  14/25
banks [5]  8/17 8/21 9/2 9/11 18/5
banks' [1]  15/9
banks' Bank [1]  15/9
based [1]  3/22
basically [1]  19/3
be [38]
because [8]  4/24 4/25 6/9 7/7 12/8
 13/18 14/15 17/10
been [8]  4/7 6/3 6/13 13/20 13/21 18/4
 18/6 18/22
beginning [1]  12/25
behalf [2]  3/8 18/16
being [4]  4/11 7/13 12/23 18/4
believe [1]  3/19
best [1]  10/20
better [2]  7/23 11/17
between [3]  4/15 6/22 8/11
bit [1]  3/16
blah [5]  11/9 11/9 11/9 16/2 16/2
blah-blah [1]  16/2
blah-blah-blah [1]  11/9
blanket [1]  14/23
BOIES [6]  2/11 3/21 4/9 4/15 18/15
 19/6
Boies Schiller [2]  3/21 19/6
both [1]  17/1
Boulevard [1]  2/13
boy [1]  3/20
break [1]  17/16
bring [2]  17/16 17/18
broke [1]  5/19
bsfllp.com [1]  2/15
Building [1]  1/22
bunch [1]  14/8
business [4]  8/16 8/25 9/12 11/10
but [26]

**C**

CALIFORNIA [6]  1/2 1/17 1/23 2/5
 2/14 3/1
call [2]  3/13 12/8
Calling [1]  3/5

**C**

came [1] 9/21
can [16] 3/16 6/7 6/11 7/1 7/6 7/6 8/1 10/7 10/24 14/20 14/23 16/3 16/6 17/22 17/24 19/2
can't [5] 10/1 10/11 11/5 12/12 16/7
careful [1] 13/22
carefully [1] 14/7
case [4] 8/15 15/19 17/24 19/7
cases [1] 7/18
caught [1] 13/19
cause [1] 11/17
caveat [1] 6/2
cc'd [1] 5/10
CENTRAL [1] 1/2
certain [2] 8/20 10/25
certainly [4] 6/15 7/7 8/10 17/20
CERTIFICATE [1] 20/1
certify [1] 20/3
chambers [1] 5/21
changed [1] 6/3
checks [1] 8/18
circumstances [1] 11/1
civil [1] 8/23
clear [2] 10/10 16/6
clearly [2] 10/20 15/16
clerk [1] 6/14
CM [1] 1/21
CNB [1] 14/20
cobbling [1] 16/24
Code [1] 20/4
colleague [1] 18/21
come [2] 6/19 19/8
Comerica [1] 11/1
comes [1] 16/4
comfort [4] 8/20 9/5 9/17 9/20
coming [2] 14/17 18/1
comment [1] 8/8
communicated [1] 4/13
computer [1] 6/2
concern [3] 15/3 15/15 15/17
concerns [7] 6/11 6/25 7/6 8/15 8/16 17/23 19/4
concluded [1] 19/18
Conference [2] 1/19 20/9
conformance [1] 20/8
confusion [1] 10/18
consider [1] 4/3
considered [1] 8/17
contact [2] 5/16 9/16
contacted [1] 3/25
contempt [1] 7/20
continue [8] 5/6 9/12 11/25 14/9 14/13 14/25 15/7 18/7
continued [3] 4/6 6/13 6/16
continuing [1] 8/16
contract [1] 8/7
convoluted [1] 9/23
correct [1] 20/5
could [4] 4/5 4/23 9/3 11/1
counsel [9] 2/1 3/8 3/12 3/21 4/9 4/17 6/18 7/2 19/8
course [1] 7/2
court [12] 1/1 3/4 5/4 5/5 5/17 5/20 5/24 8/23 10/5 17/16 17/16 19/1
Court's [1] 9/8
Courthouse [1] 2/4

craft [1] 18/2
create [1] 14/22
credits [2] 16/11 16/12
Criminal [1] 3/9
CRR [1] 1/21
CRR-CM [1] 1/21
CSR [3] 1/21 20/3 20/17
CUNEO [4] 1/21 20/3 20/16 20/17
curiosity [1] 16/7
currently [1] 14/24
CV [2] 1/8 3/5

**D**

D.C [1] 2/9
DALE [1] 1/4
dancing [1] 16/21
Date [1] 20/11
day [1] 17/17
deal [1] 6/19
decision [1] 5/6
DECKER [1] 2/2
DEFENDANT [2] 2/11 13/13
Defendants [1] 1/11
defense [3] 6/23 7/2 15/19
DEPARTMENT [2] 2/7 3/10
determining [1] 7/19
did [6] 5/3 5/10 5/15 5/18 5/21 8/21
didn't [4] 4/24 5/9 9/15
directed [1] 14/25
discuss [1] 17/21
discussed [1] 14/19
discussion [1] 19/3
distribution [2] 16/11 16/13
DISTRICT [3] 1/1 1/2 3/3
DIVISION [2] 1/3 3/9
do [30]
docket [1] 3/13
document [5] 6/24 9/3 9/4 12/23 15/16
documents [1] 18/2
doesn't [4] 12/20 14/2 14/2 14/18
doing [13] 7/8 7/24 7/24 8/7 8/7 11/10 12/9 14/9 14/10 14/13 14/14 17/24 18/11
don't [35]
done [6] 5/1 8/19 9/10 9/10 10/7 17/22
down [2] 18/6 19/8
draft [1] 16/24
drafted [1] 5/17
drafting [2] 14/15 15/16
drawing [1] 11/15
driven [1] 8/12
DSF [1] 1/8
DSF-PLA [1] 1/8
during [2] 13/1 13/3

**E**

e-mail [11] 4/22 5/4 5/5 5/8 5/13 5/17 5/20 5/22 5/23 6/15 6/17
e-mails [1] 4/15
earlier [1] 15/5
easier [1] 9/25
East [1] 1/23
efficient [1] 7/4
effort [1] 15/8
EILEEN [1] 2/2
either [5] 5/9 8/22 13/19 16/12 17/15
else [4] 10/16 14/13 17/18 19/13
encumber [1] 10/14

encumbering [1] 10/16
encumbrances [1] 10/11
end [1] 17/17
enforce [1] 10/11
enforcing [1] 9/21
enough [1] 5/5
entered [1] 4/10
entities [3] 8/14 10/24 18/6
entitled [1] 20/7
entity [1] 17/1
especially [1] 15/24
essentially [2] 9/3 16/17
et [1] 1/10
even [1] 14/9
ever [2] 9/21 17/3
everybody [2] 8/1 17/10
everything [2] 9/5 12/23
exact [1] 11/13
example [2] 8/6 12/25
except [3] 13/16 13/17 14/4
experiencing [1] 6/3
explain [2] 6/12 10/19
explanation [1] 16/21
exposure [1] 8/23
express [1] 10/21
expressly [1] 11/22
extent [2] 6/25 7/12

**F**

fact [1] 5/18
Federal [1] 1/22
feel [1] 8/21
fees [1] 18/24
figure [1] 16/3
file [1] 16/1
film [5] 13/24 14/4 16/9 16/11 16/13
films [1] 16/13
financial [3] 14/24 15/7 16/1
fine [1] 9/17
finish [1] 8/3
Fintage [6] 8/6 10/4 10/9 10/14 10/15 14/20
firm [1] 18/24
first [2] 7/16 9/23
FISCHER [1] 1/4
fix [1] 9/24
FLEXNER [2] 2/11 18/16
flight [3] 4/2 4/5 4/7
Floor [2] 2/4 2/9
follow [4] 7/18 7/20 15/10 15/12
foregoing [1] 20/5
foreign [3] 16/10 16/12 16/13
forfeit [1] 17/3
FORFEITURE [1] 2/3
format [1] 20/7
forth [2] 9/25 13/17
forward [2] 4/15 18/14
frankly [1] 7/16
free [1] 10/10
Friday [1] 4/6
function [2] 16/11 18/4
fund [1] 16/12
funds [3] 10/10 13/7 13/10
further [3] 10/4 10/10 14/3
future [1] 18/2
FWKCAMA [1] 13/8

## G

**general [2]**  7/10 16/15
**gentleman [1]**  17/12
**get [13]**  4/1 4/5 4/5 5/1 6/18 7/6 11/4
13/19 15/24 16/8 17/13 17/22 18/7
**give [1]**  3/16
**gives [1]**  9/17
**gmail.com [1]**  1/24
**go [2]**  7/5 8/9
**goes [2]**  9/24 12/21
**going [8]**  4/4 4/12 4/15 9/12 10/14
13/19 17/11 19/5
**gone [1]**  18/4
**good [3]**  3/7 3/11 8/5
**got [4]**  5/8 5/13 5/16 17/18
**gotten [1]**  6/15
**government [5]**  8/11 8/22 12/2 18/25
19/14
**government's [2]**  12/3 15/15 15/17
**Granite [11]**  3/21 8/12 8/16 8/25 10/3
11/10 11/16 13/24 14/3 14/25 18/16
**grant [1]**  7/14
**guess [3]**  12/3 16/3 19/7

## H

**hac [1]**  4/12
**had [8]**  6/13 6/15 9/7 9/16 13/5 18/21
18/23 19/3
**half [2]**  3/14 18/18
**hammered [1]**  6/22
**happen [1]**  11/17
**happy [1]**  10/19
**harmless [2]**  12/3 15/5
**has [2]**  6/25 7/16
**have [34]**
**having [2]**  12/7 16/4
**he [11]**  3/25 4/1 4/2 4/3 4/3 4/5 4/8
5/16 7/6 7/6 17/13
**head [1]**  16/21
**heading [1]**  19/7
**hear [2]**  6/5 19/2
**hearing [1]**  18/24
**held [3]**  8/22 10/4 20/6
**her [5]**  3/19 3/20 4/10 4/13 4/14
**here [18]**  4/6 4/10 6/9 6/19 8/19 9/7
10/24 11/11 12/5 12/19 13/20 13/20
13/23 15/3 16/6 17/10 17/24 19/7
**hereby [1]**  20/3
**herein [1]**  13/18
**high [1]**  12/4
**his [1]**  7/3
**Hmm [1]**  6/1
**hold [2]**  12/2 15/5
**Honor [17]**  3/7 3/17 3/24 4/6 5/3 6/21
6/25 8/10 10/19 11/15 13/9 14/17
16/18 17/9 18/3 19/11 19/15
**Honor's [2]**  9/6 18/11
**HONORABLE [1]**  1/4
**hope [1]**  6/17
**hopefully [1]**  7/1
**hour [2]**  3/14 18/19
**how [6]**  7/13 9/15 10/23 14/23 18/1
18/2
**However [1]**  15/25

## I

**I'll [2]**  17/15 17/16
**I'm [21]**

**I've [1]**  4/13
**identify [2]**  7/17 16/21
**if [24]**
**imagine [1]**  6/7
**impossible [1]**  7/18
**inartful [1]**  16/24
**Inc [1]**  18/17
**include [2]**  4/14 13/16
**inconvenient [1]**  6/18
**indemnifying [1]**  15/13
**indicated [1]**  4/23
**indicating [1]**  19/3
**industry [1]**  16/10
**institution [2]**  14/24 16/1
**institutions [1]**  7/12
**intended [3]**  8/19 10/19 15/4
**intent [2]**  10/21 11/16
**interested [1]**  9/4 16/25
**interests [1]**  6/23
**interfere [1]**  14/15
**interruption [1]**  11/25
**involved [1]**  17/10
**is [43]**
**issue [4]**  6/7 11/24 12/24 13/5
**issues [2]**  12/15 17/21
**it [45]**
**it's [6]**  7/13 8/7 10/19 13/2 14/14 14/20
**Item [1]**  3/5
**Item No. 2 [1]**  3/5
**its [2]**  13/24 18/17

## J

**job [2]**  9/17 9/19
**JOHN [2]**  2/2 3/8
**John Kucera [1]**  3/8
**john.kucera [1]**  2/6
**judge [2]**  1/4 17/23
**Judicial [1]**  20/8
**jurisdiction [3]**  9/20 11/3 11/4
**just [22]**
**JUSTICE [2]**  2/7 3/10

## K

**KAREN [2]**  2/12 18/15
**Karen Paik [1]**  18/15
**keep [4]**  7/24 8/6 12/25 17/1
**kind [2]**  12/20 18/1
**knew [1]**  18/2
**know [26]**
**kpaik [1]**  2/15
**KUCERA [2]**  2/2 3/8

## L

**language [2]**  8/20 14/8
**largely [1]**  8/12
**last [3]**  5/13 6/2 17/7
**late [1]**  18/19
**later [1]**  13/18
**Laughter [1]**  16/19
**laundering [1]**  8/24
**law [3]**  2/12 15/11 15/12
**lawyer [1]**  14/16
**lead [1]**  3/20
**learned [2]**  16/10 18/20
**least [3]**  6/24 7/15 7/18
**LEE [3]**  2/7 3/9 5/11
**lenders [1]**  11/2
**lending [1]**  8/15

**Let [1]**  8/3
**liability [2]**  12/1 12/1
**liens [1]**  10/10
**like [4]**  3/17 9/22 10/1 14/20
**limit [1]**  15/5
**limited [1]**  14/4
**little [2]**  3/16 16/9
**LLP [1]**  2/11
**loans [2]**  11/2 14/3
**local [3]**  4/10 4/17 4/18
**long [2]**  7/17 12/10
**look [1]**  9/3
**looked [1]**  14/7
**looking [1]**  4/1
**Los [4]**  1/17 1/23 2/5 3/1
**lot [4]**  9/7 16/21 16/22 18/5
**lunch [1]**  17/15

## M

**made [1]**  18/22
**mail [11]**  4/22 5/4 5/5 5/8 5/13 5/17
5/20 5/22 5/23 6/15 6/17
**mails [1]**  4/15
**maintain [1]**  10/10
**make [12]**  4/2 5/6 8/21 9/4 9/11 9/19
9/20 11/2 14/23 15/25 17/17 18/14
**makes [2]**  7/17 17/6
**making [2]**  4/19 10/9
**many [2]**  7/16 7/17
**Matt [6]**  3/22 3/22 3/25 4/11 4/14 5/16
**Matt Schwartz [5]**  3/22 3/22 4/11 4/14
5/16
**Matt's [1]**  4/15
**matter [4]**  3/22 5/6 6/13 20/7
**may [2]**  6/4 8/2
**maybe [7]**  7/4 7/11 10/14 12/22 13/25
14/4 14/20
**me [17]**  3/25 3/25 4/16 5/16 5/19 6/10
6/22 7/5 7/18 8/3 11/1 12/7 12/7 12/16
12/20 16/5 17/14
**mean [7]**  10/25 12/22 13/3 13/7 13/21
13/21 14/14
**means [4]**  10/8 10/12 12/5 16/3
**meets [1]**  19/9
**met [1]**  3/20
**might [1]**  9/8
**mind [1]**  9/1
**missing [1]**  14/14
**Monday [1]**  4/7
**money [2]**  8/24 10/3
**Monica [1]**  2/14
**more [5]**  7/11 10/20 14/7 15/16 18/18
**morning [1]**  5/19
**most [3]**  7/4 7/22 8/19
**MOTION [1]**  1/9
**Mr. [1]**  5/11
**Mr. Lee [1]**  5/11
**Ms [1]**  3/19
**much [5]**  9/15 9/23 10/7 13/14 16/10
**must [2]**  9/25 12/12
**my [25]**
**myself [1]**  4/15

## N

**N.W [1]**  2/8
**name [2]**  3/19 18/15
**names [1]**  3/12
**nature [2]**  4/25 8/18

**N**
necessary [2] 4/16 7/25
need [4] 7/8 7/20 9/24 13/22
needed [2] 9/5 17/13
needs [2] 8/6 14/6
negotiating [1] 8/17
negotiations [1] 8/11
never [2] 3/20 4/13
new [3] 2/8 3/23 7/8
New York [1] 3/23
next [4] 5/6 11/24 17/14 19/9
no [6] 1/8 4/19 5/8 13/10 15/25 20/17
No. [1] 3/5
normal [1] 8/12
not [29]
nothing [4] 13/12 14/9 15/21 19/14
notice [3] 3/12 4/24 4/25
noticed [1] 17/6
now [10] 3/13 4/7 6/11 6/23 10/8 11/14
13/12 17/12 17/22 19/7
nuance [1] 16/9

**O**
o'clock [1] 3/15
obligated [1] 11/22
obligations [1] 15/6
obviously [1] 18/10
Official [2] 1/21 20/17
often [1] 16/12
okay [7] 3/18 10/22 11/9 13/10 16/14
18/9 18/18
on [21]
Once [1] 14/12
one [11] 4/18 6/2 6/9 6/24 7/19 9/3
11/9 11/24 14/21 16/9 18/1
only [3] 4/5 6/6 17/7
oOo [2] 3/2 19/20
operations [1] 18/7
opposed [1] 12/11
or [23]
order [30]
ordering [1] 12/18
other [13] 3/12 4/9 6/6 6/12 8/14 9/12
9/16 12/22 13/13 13/25 15/19 18/5
18/5
others [1] 17/25
Otherwise [1] 5/19
our [6] 5/21 6/2 6/23 7/15 10/21 18/23
out [10] 3/22 4/5 4/21 6/22 11/7 13/16
14/3 14/13 16/3 16/7
outside [2] 8/14 15/18
over [1] 16/17
overseas [1] 4/1
owners [1] 17/2

**P**
p.m [3] 1/18 3/1 19/18
page [1] 20/7
paid [1] 10/2
PAIK [2] 2/12 18/15
paragraph [14] 9/22 10/23 11/14
11/21 12/13 12/14 12/15 13/1 13/7
14/5 14/6 14/19 15/2 15/4
paragraphs [1] 15/6
part [3] 9/13 15/15 15/17
particular [1] 4/19
parties [20] 7/22 7/24 8/12 8/13 8/14
8/20 9/2 9/4 9/12 9/16 10/24 11/10

11/21 12/11 14/1 14/22 15/18 15/18
16/22 19/25
partners [1] 11/8
party [2] 12/6 12/10
PAT [4] 1/21 20/3 20/16 20/17
patcuneo1600 [1] 1/24
pay [2] 11/22 18/24
paying [1] 16/8
pendency [2] 13/1 13/3
people [6] 7/20 11/6 11/23 12/8 14/8
16/6
perfect [1] 17/6
perhaps [1] 19/10
permission [1] 4/4
permitted [2] 11/22 11/23
phone [2] 5/18 18/5
phrase [1] 11/24
pick [1] 11/6
PICTURE [1] 1/10
Pictures [2] 10/3 18/17
pin [1] 16/22
PLA [1] 1/8
Plaintiff [2] 1/7 2/2
plane [3] 6/18 17/12 19/7
point [4] 4/18 7/2 9/6 11/15
possibility [1] 15/19
possible [1] 5/1
potential [1] 6/6
preexisting [2] 8/7 13/25
present [3] 3/24 5/24 15/18
presented [1] 19/6
presently [1] 4/8
PRESIDING [1] 1/4
prevent [5] 10/16 12/7 12/9 12/10 14/3
private [1] 13/25
pro [1] 4/12
pro hac [1] 4/12
probably [2] 10/20 11/20
problem [4] 11/13 12/3 12/6 13/18
problems [3] 6/4 7/15 16/15
proceed [1] 6/20
proceeding [1] 4/25
proceedings [3] 1/15 19/18 20/6
proceeds [1] 10/2 11/22 16/8
production [1] 16/12
propose [1] 10/6
proposed [1] 7/13
protect [2] 17/1 17/3
providing [1] 14/24
provisions [1] 15/5
public [1] 15/19
pulling [1] 12/11
purpose [3] 4/11 4/17 6/16
purposefully [1] 9/11
purposes [1] 17/2
pursuant [1] 20/4

**Q**
quickly [1] 18/11

**R**
really [7] 7/23 7/25 12/20 13/14 13/21
13/23 16/5
reason [4] 4/19 8/6 9/7 11/6
reasons [1] 9/8
receive [1] 5/11
received [4] 3/13 5/5 5/12 5/24
recently [1] 6/3

recommend [1] 19/1
Red [11] 3/21 8/11 8/16 8/25 10/3
11/10 11/16 13/24 14/3 14/25 18/16
redraft [1] 10/20
referenced [1] 12/23
reflecting [1] 12/17 13/5
regulations [1] 20/8
relief [1] 17/16
Rem [1] 13/14
replied [1] 5/23
reported [1] 20/6
reporter [3] 1/21 17/16 20/17
reporter's [2] 1/15 19/2
reporters [1] 17/7
reports [1] 16/1
representing [1] 3/21
require [1] 4/18
required [1] 16/1
requirements [1] 8/24 19/9
response [1] 4/16
responsive [1] 17/8
restrains [2] 13/13 13/14
returned [1] 17/4
right [5] 4/7 11/19 16/15 18/13 19/16
rights [1] 13/24
rise [1] 3/3
risk [1] 9/13
Room [1] 1/22
Roybal [1] 1/22

**S**
said [2] 3/14 9/5
same [4] 11/13 12/14 12/23 13/5
Santa [1] 2/14
say [16] 5/15 9/13 9/25 10/1 10/8 11/5
11/16 12/22 13/4 13/12 13/12 13/17
13/21 14/12 14/18 15/25
saying [5] 7/3 10/9 12/19 12/25 14/17
says [3] 11/24 14/17 15/21
SCHILLER [4] 2/11 3/21 18/16 19/6
Schwartz [5] 3/22 3/22 4/11 4/14 5/16
second [1] 4/22
secrecy [2] 15/6 15/9
SECTION [2] 2/3 20/4
see [7] 7/6 7/13 8/1 10/18 11/15 18/1
19/9
seek [1] 4/4
seem [2] 12/20 14/2
seems [3] 7/22 12/7 14/12
seen [1] 6/4
segregated [1] 10/4
send [3] 5/4 5/17 5/21
sense [5] 8/13 17/6 17/22 18/3 18/11
sent [1] 5/20
sentence [1] 9/23
sentences [1] 7/17
services [1] 14/25
session [1] 3/4
set [3] 3/15 4/23 13/17
shall [4] 10/9 11/16 11/25 16/1
she [3] 3/14 6/12 6/13
She's [1] 3/20
short [2] 4/24 4/25
shorter [1] 10/7
should [13] 4/6 4/14 10/15 11/23 12/7
13/4 13/19 13/20 14/8 14/13 15/16
17/2 17/24

## S

show [2]  5/20 9/3
shy [1]  3/20
side [2]  6/12 7/3
sign [2]  11/5 19/5
signing [1]  7/7
similar [1]  12/13
since [4]  4/19 6/12 7/19 18/23
sitting [1]  19/8
so [47]
solely [1]  4/10
some [11]  6/23 6/25 7/2 7/18 8/23 9/20
 9/22 11/6 14/4 14/20 15/3
somebody [2]  14/16 16/4
someone [2]  3/14 4/18
something [6]  6/10 8/8 10/1 13/19
 14/14 17/18
somewhat [1]  18/4
soon [1]  5/1
sooner [1]  13/18
sorry [2]  17/12 18/22
sort [5]  8/23 8/24 11/14 15/4 16/24
sorts [1]  6/4
specifically [1]  13/17
spoke [1]  6/14
spoken [1]  4/13
Spring [1]  2/4
standing [1]  18/6
standpoint [1]  17/23
start [1]  16/17
starting [1]  4/21
statement [1]  15/25
STATES [16]  1/1 1/6 2/2 2/3 2/4 2/7
 2/8 3/3 3/5 3/8 12/17 12/18 12/19 17/3
 20/4 20/9
Status [1]  1/19
stenographically [1]  20/6
step [1]  18/13
still [2]  15/7 15/10
stipulation [10]  6/22 8/1 9/17 12/11
 13/2 13/2 13/12 14/10 15/22 15/22
stipulations [1]  7/14
stop [1]  14/10
stops [1]  13/24
stray [1]  11/6
STREET [5]  1/9 1/23 2/4 3/6 10/2
submitted [1]  6/10
such [2]  5/8 10/10
suggested [1]  4/3
suggesting [4]  10/7 10/13 10/14 10/15
Suite [1]  2/13
suppose [1]  10/25
supposed [1]  4/9
sure [10]  5/3 5/4 7/23 8/4 8/21 9/4
 9/11 12/5 12/9 13/15
survive [1]  17/17
systems [1]  6/3

## T

table [1]  3/9
taken [1]  13/1
taking [1]  14/3
talk [2]  6/11 7/5
tax [2]  16/11 16/12
taxing [1]  16/8
telephonic [1]  4/3
tell [4]  11/5 11/23 12/2 14/20

telling [4]  6/16 7/22 10/6 12/12
Temple [1]  1/23
term [1]  8/13
terms [1]  8/23
than [6]  7/12 12/22 13/13 13/25 15/16
 18/18
Thank [4]  19/11 19/12 19/16 19/17
that [94]
that's [16]  3/15 4/18 6/6 7/25 9/17 11/9
 11/13 11/17 11/24 12/3 12/24 13/3
 13/20 13/24 16/5 18/3
their [3]  8/15 8/15 9/4
them [10]  9/7 9/9 9/17 12/2 12/2 12/8
 12/12 14/10 14/21 15/13
theme [1]  11/20
then [12]  5/16 7/6 10/23 11/21 11/24
 12/14 13/3 13/17 14/13 14/20 15/2
 15/25
there [16]  5/14 5/15 8/14 9/6 9/25
 10/18 13/10 14/8 14/9 14/13 15/16
 15/17 16/21 16/22 17/25 18/12
there's [4]  8/5 9/7 13/23 14/7
these [7]  8/11 9/2 9/11 9/16 11/10
 11/17 18/5
they [15]  7/7 7/20 7/23 8/21 8/22 8/25
 9/3 9/5 11/5 11/8 12/12 12/12 15/10
 15/12 18/8
they're [4]  7/24 11/23 12/10 14/21
they've [1]  18/6
thing [4]  4/22 7/4 11/9 12/20
things [10]  8/7 8/18 8/24 11/7 11/23
 12/10 14/4 14/11 14/21 15/24
think [20]  5/12 5/12 7/10 7/15 8/1
 10/13 11/3 11/11 11/13 11/19 12/14
 13/7 13/14 13/23 14/6 14/19 16/4 17/6
 17/22 18/11
thinking [1]  6/21
third [8]  8/12 8/20 9/2 9/16 11/10
 11/21 12/6 12/11
third-party [1]  12/6
this [42]
those [5]  7/1 8/20 15/8 16/15 16/23
though [1]  14/9
thought [2]  4/22 18/21
throughout [1]  11/20
Thursday [2]  1/18 3/1
time [5]  3/25 4/6 4/23 17/17 19/10
timely [1]  5/5
timing [1]  6/9
title [3]  7/15 15/6 20/4
Title 31 [1]  15/6
today [3]  3/24 4/10 5/25
together [1]  16/25
told [3]  3/25 8/6 9/1
too [4]  6/18 7/16 7/17 9/23
transcript [5]  1/15 7/6 19/2 20/5 20/7
transcript and [1]  7/6
trial [2]  3/9 17/14
true [1]  20/5
try [5]  4/1 4/4 9/11 15/8 17/1
trying [5]  7/11 9/15 13/15 16/22 17/8
turned [1]  4/5
twisted [1]  15/24
typical [1]  11/8

## U

uncertainty [1]  14/12

under [3]  8/7 10/3 10/25
understand [3]  7/12 9/18 9/18
 16/18 16/18 17/5 17/11
Understood [2]  7/9 9/18
unfortunately [1]  5/18
UNITED [16]  1/1 1/6 2/2 2/3 2/4 2/7 2/8
 3/3 3/5 3/8 12/17 12/18 12/19 17/3
 20/4 20/9
unless [1]  11/5
until [3]  5/6 10/4 18/7
up [2]  4/23 19/8
urgency [2]  18/3 18/12
us [2]  5/24 11/5
usdoj.gov [2]  2/6 2/10
used [1]  14/16

## V

vague [2]  7/11 7/12
value [1]  17/3
various [1]  19/4
very [4]  13/22 16/12 17/8 18/22
victims [1]  17/4
violated [1]  16/4

## W

waiting [1]  18/1
waive [1]  15/8
WALL [3]  1/9 3/6 10/2
want [16]  5/1 6/8 6/20 7/23 9/13 11/5
 12/8 12/10 14/15 14/16 16/5 16/6
 17/13 17/21 18/8 18/13
wants [2]  7/2 12/2
was [24]
Washington [1]  2/9
wasn't [3]  4/2 5/4 6/18
wave [1]  4/11
way [5]  9/25 10/7 11/17 16/7 16/20
ways [1]  6/23
we [19]  3/12 3/13 3/24 4/18 9/1 9/7 9/9
 9/13 10/19 10/20 11/5 12/14 14/7
 14/19 17/22 18/1 18/2 18/7 18/10
we'll [2]  17/17 19/9
we're [1]  4/21
we've [4]  6/3 18/4 18/23 19/3
week [4]  5/7 17/7 17/7 17/14
well [10]  4/21 6/8 6/21 7/4 9/14 15/10
 15/21 17/5 18/13 18/23
went [1]  18/2
were [15]  5/10 6/3 7/7 8/12 8/25 9/1
 9/12 9/15 11/8 15/17 16/22 16/22 18/1
 18/7 19/18
WESTERN [1]  1/3
what [32]
what's [2]  8/1 17/11
whatever [2]  7/3 11/11
when [7]  3/24 4/13 5/16 6/13 9/21 16/3
 17/16
where [1]  11/4
whether [7]  4/14 5/4 6/13 6/20 7/19
 8/5 8/17
which [2]  4/19 13/18
while [1]  18/10
who [7]  3/14 4/9 4/10 4/11 12/8 12/9
 19/7
who's [2]  3/21 14/13
whole [2]  4/17 6/16
whom [1]  12/9
whomever [1]  11/11

**W**

**whose [1]**  3/12
**why [10]**  6/12 8/6 10/1 10/23 11/22
  12/1 12/16 14/14 15/1 15/3
**will [9]**  7/1 7/8 7/19 9/9 10/3 17/14
  17/25 18/24 19/7
**willing [1]**  6/17
**Wilshire [1]**  2/13
**winds [1]**  9/24
**without [2]**  6/11 11/25
**WOLF [3]**  1/9 3/6 10/2
**won't [2]**  4/16 7/21
**wondered [1]**  6/13
**wonders [1]**  14/14
**WOO [2]**  2/7 3/9
**Woo Lee [1]**  3/9
**woo.lee [1]**  2/10
**word [1]**  7/23
**words [2]**  7/17 9/7
**work [3]**  4/24 5/18 7/21
**working [1]**  19/8
**would [16]**  4/7 5/14 5/15 5/20 6/12
  6/15 8/17 8/22 9/20 10/23 11/4 12/1
  15/1 15/7 15/18 18/21
**www.patcuneo.com [1]**  1/25

**Y**

**yes [5]**  5/15 10/18 11/5 13/9 17/9
**yesterday [1]**  5/4
**York [2]**  2/8 3/23
**you [60]**
**you'd [1]**  3/17
**you're [11]**  6/9 7/11 10/9 10/13 10/15
  12/23 13/15 13/15 13/19 15/13 18/18
**you've [2]**  17/6 17/18
**your [26]**
**yours [1]**  6/9