M. KENDALL DAY, Chief
Asset Forfeiture and Money Laundering Section (AFMLS)
WOO S. LEE
Trial Attorney
KYLE R. FREENY
Trial Attorney
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone: (202) 514-1263

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
CHRISTEN A. SPROULE (CBN: 310120)
Assistant United States Attorneys
Asset Forfeiture Section
  Federal Courthouse, 14th Floor
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-3391/(213) 894-4493
  Facsimile: (213) 894-7177
  E-mail: John.Kucera@usdoj.gov
          Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 16-05362-DSF(PLAx) |
|---|---|
| Plaintiff, | SECOND AMENDED JOINT APPLICATION FOR REVISED ORDER ON CONSENT IN LIEU OF RESTRAINING ORDER |
| v. | |
| "THE WOLF OF WALL STREET" MOTION PICTURE, | |
| Defendant. | |

The United States, by and through the United States Department of Justice (the "Government"), together with Red Granite Pictures, Inc., its affiliates and/or assigns (collectively and individually, "Red Granite"), respectfully jointly apply to this Court for an order in lieu of the Government's July 20, 2016, *Ex Parte* Application seeking a restraining order related to the Defendant In Rem [ECF No. 6].

As the Court is aware, on August 1, 2016, the Government filed a stipulation and proposed order. [ECF No. 15]. This joint application is intended to address the concerns raised by the Court at the hearing held on August 4, 2016. [ECF No. 20]. Specifically, while the parties reaffirm the substance of the stipulation they entered into on August 1, 2016 (attached hereto as Exhibit A), the accompanying Stipulated Application for a Restraining Order (attached hereto as Exhibit B) and Proposed Order is substantially narrower, and is limited to only those matters over which the Court plainly has jurisdiction and for which the Court's imprimatur is necessary. The parties respectfully submit that the revised proposed order is appropriate, narrowly tailored, and in the interests of justice.

///

///

Should the Court have further questions, counsel for the parties will be prepared to address them at the hearing set by the Court, presently scheduled for August 17, 2016, at 3:00 PM.  [ECF No. 23].

DATED: August 16, 2016

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

   /s/John J. Kucera

JOHN J. KUCERA
CHRISTEN A. SPROULE
Assistant United States Attorneys
312 North Sprint Street, 14th Floor
Los Angeles, California 90012
Tel.:  (213) 894-3391/4493

DATED: August 16, 2016

BOIES, SCHILLER & FLEXNER LLP
Attorneys for Red Granite

 /s/  (per e-mail confirmation)
MATTHEW L. SCHWARTZ
*Admitted pro hac vice*
575 Lexington Avenue
New York, New York 10022
Tel:  (212) 303-3646