M. KENDALL DAY, Chief
Asset Forfeiture and Money Laundering Section (AFMLS)
WOO S. LEE
Trial Attorney
KYLE R. FREENY
Trial Attorney
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone: (202) 514-1263

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
CHRISTEN A. SPROULE (CBN: 310120)
Assistant United States Attorneys
Asset Forfeiture Section
  Federal Courthouse, 14th Floor
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-3391/(213) 894-4493
  Facsimile: (213) 894-7177
  E-mail: John.Kucera@usdoj.gov
        Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>"THE WOLF OF WALL STREET"<br>MOTION PICTURE,<br><br>        Defendant. | No. CV 16-05362-DSF(PLAx)<br><br>**ORDER** |

Pursuant to the joint application by the parties, and good cause appearing, IT IS HEREBY ORDERED:

1. The capitalized terms in this Order shall have the same meaning ascribed to such terms as defined in the parties' Stipulated Application for a Restraining Order, a copy of which is attached hereto as Annex 1.[1]

2. The Government's request to withdraw its July 20, 2016, *Ex Parte* Application seeking a restraining order, [ECF No. 6], is granted without prejudice.

3. Red Granite shall cause any Proceeds of the motion pictures "The Wolf of Wall Street" and "Friends With Kids" that are payable to Red Granite to be held by Fintage, or another third party agreeable to the parties, in a segregated account pending further agreement or order of the Court.

4. Red Granite shall not borrow against or otherwise encumber any Proceeds of "The Wolf of Wall Street" of "Friends With Kids," except that it may receive loans or advances from the existing Borrowers for the payment of interest, fees, and costs owed to Comerica and the Lenders, or to Fintage (or such other third party agreeable to the parties), and as necessary to compensate an individual, entity, or group of individuals or entities (individually or collectively, the "Information Agent") that may be appointed by and at the sole discretion of the Government to review the accounting, books, and records of the Red Granite Entities.  The Information Agent's reasonable fees and

---

[1] As defined in the parties' stipulation, the term "Red Granite" includes, collectively and individually: Red Granite Pictures, Inc.; Red Granite International, Inc.; Red Granite Capital Ltd.; Red Granite Partners, Inc.; Red Granite Capital US, LLC; Red Granite Music, LLC; Red Granite Investment Holdings, LLC; Red Granite Real Estate Holdings, LLC; Red Granite Entertainment Holdings, LLC; Red Granite Entertainment, Inc.; RG Productions Development, LLC; DDTo Finance, LLC; RGDD2 Productions, LLC; Dumb and Dumber To, LLC; TWOWS, LLC; The Papillon Project, LLC; Papillon Movie LLC; Daddy's Home, LLC; Daddy's Home Finance, LLC; OOTF, LLC; The Horns Project, Inc.; Victory or Death, LLC; The Horns Project Productions Ltd.; Blue Box International LLC; Metropolis IX Capital Advisors, LLC (the foregoing, collectively, the "Red Granite Entities"); and their employees or agents, including but not limited to Riza Shahriz Bin Abdul Aziz and Christopher Joey McFarland.

1  expenses shall be paid within 21 days of the presentation of invoices approved by the
2  Government, and the Red Granite Entities are found to have waived any right to seek to
3  recover any fees or expenses of the Information Agent, including, but not limited to,
4  under Title 28, United States Code, Section 2465.
5  ///
6  ///
7  ///

5. Nothing in this Order restrains any assets other than as set forth in paragraphs 3 and 4 above. Specifically, this Order does not restrain any bank accounts in the name of any of the Red Granite Entities or their employees or agents, nor does it restrain the Proceeds of motion pictures other than "The Wolf of Wall Street" or "Friends With Kids" (including, without limitation, "Dumb and Dumber To," "Horns," "Out of the Furnace," "Daddy's Home," or "Papillon"). Red Granite is expressly permitted to receive the Proceeds of those motion pictures.

DATED: **8/16/16**

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

M. KENDALL DAY, Chief
Asset Forfeiture and Money Laundering Section
United States Department of Justice
WOO S. LEE
KYLE R. FREENY
Criminal Division
U.S. Department of Justice

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/John J. Kucera_____
JOHN J. KUCERA
CHRISTEN A. SPROULE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

4