Karen Y. Paik (SBN 288851)
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Fax: (310) 752-2490
E-mail: kpaik@bsfllp.com

Matthew L. Schwartz (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
E-mail: mlschwartz@bsfllp.com

*Attorneys for Claimant*
*Red Granite Pictures, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-cv-05362-DSF (PLAx) |
| Plaintiff, | **VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT RED GRANITE PICTURES, INC.** |
| v. | |
| "THE WOLF OF WALL STREET" MOTION PICTURE, INCLUDING ANY RIGHTS TO PROFITS, ROYALTIES AND DISTRIBUTION PROCEEDS OWED TO RED GRANITE PICTURES, INC. OR ITS AFFILIATES AND/OR ASSIGNS, | |
| Defendant. | |

# **VERIFIED CLAIM AND STATEMENT OF INTEREST**

By and through its undersigned counsel, Claimant Red Granite Pictures, Inc. files this verified claim and statement of interest for the above captioned defendant property pursuant to Supplemental Rule G of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as follows:

1.  Claimant Red Granite Pictures, Inc. (formerly known as Red Granite Productions, Inc.) is a corporation organized under the laws of California.

2.  Red Granite Pictures, Inc. is entitled to certain proceeds of, and therefore has an interest in, "The Wolf of Wall Street" motion picture, including any rights to profits, royalties, and distribution proceeds owed to Red Granite Pictures, Inc. or its affiliates and/or assigns, as more particularly described in Attachment A to the Verified Complaint for Forfeiture *in Rem* filed in this action.

3.  Pursuant to Section 6 of that certain Amended and Restated First Look Agreement by and between Red Granite Pictures, Inc. and Red Granite Capital Ltd., dated as of December 1, 2010, and amended as of January 1, 2013 (the "First Look Agreement"), Red Granite Pictures, Inc. is a Producer of the motion picture titled "The Wolf of Wall Street" (the "Film") and is entitled to receive proceeds of the Film in the form of a Producer Fee, as defined in the First Look Agreement, in the amount of five percent of the final approved direct cost production budget of the Film plus twenty percent of the adjusted gross receipts received by Red Granite Capital Ltd. related to

the Film after Red Granite Capital Ltd. has received an amount equal to one hundred percent of the monies loaned to Red Granite Pictures, Inc. and to TWOWS, LLC in connection with the Film plus five percent interest.

4. Accordingly, Red Granite Pictures, Inc. asserts its interest in the defendant property and has standing to contest its forfeiture.

5. Pursuant to Supplemental Rule E(8), made applicable to forfeiture actions by Supplemental Rule G(1), Claimant expressly limits its appearance to asserting and defending its claim.

Dated: September 9, 2016        Respectfully Submitted,

                                    BOIES, SCHILLER & FLEXNER LLP
*Attorney for Red Granite Pictures, Inc.*

                            By: /s/ Matthew L. Schwartz
                                Matthew L. Schwartz

# VERIFICATION

I am a duly-appointed director of Claimant Red Granite Pictures, Inc. I verify under penalty of perjury that the foregoing Verified Claim and Statement of Interest is true and correct.

EXECUTED ON: September 9, 2016

_____
Philip Fier
Director
Red Granite Pictures, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **VERIFIED CLAIM AND STATEMENT OF INTEREST** was sent by Federal Express this 9th day of September, 2016, to:

> John J. Kucera
> Christen A. Sproule
> Assistant United States Attorneys
> Central District of California
> Asset Forfeiture Section
> 312 North Spring Street, 14th Floor
> Los Angeles, California 90012

Dated: September 9, 2016

By: /s/ Matthew L. Schwartz
    Matthew L. Schwartz
    BOIES, SCHILLER & FLEXNER LLP