Karen Y. Paik (SBN 288851)
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Fax: (310) 752-2490
E-mail: kpaik@bsfllp.com

Matthew L. Schwartz (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
E-mail: mlschwartz@bsfllp.com

*Attorneys for Claimant*
*Red Granite Capital US, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>"THE WOLF OF WALL STREET" MOTION PICTURE, INCLUDING ANY RIGHTS TO PROFITS, ROYALTIES AND DISTRIBUTION PROCEEDS OWED TO RED GRANITE PICTURES, INC. OR ITS AFFILIATES AND/OR ASSIGNS,<br><br>Defendant. | Case No. 16-cv-05362-DSF (PLAx)<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT RED GRANITE CAPITAL US, LLC** |

## VERIFIED CLAIM AND STATEMENT OF INTEREST

By and through its undersigned counsel, Claimant Red Granite Capital US, LLC files this verified claim and statement of interest for the above captioned defendant property pursuant to Supplemental Rule G of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as follows:

1. Claimant Red Granite Capital US, LLC is a limited liability company organized under the laws of Delaware.

2. Red Granite Capital US, LLC is entitled to certain proceeds of, and therefore has an interest in, "The Wolf of Wall Street" motion picture, including any rights to profits, royalties, and distribution proceeds owed to Red Granite Pictures, Inc. or its affiliates and/or assigns, as more particularly described in Attachment A to the Verified Complaint for Forfeiture *in Rem* filed in this action.

3. Pursuant to that certain Amended and Restated Loan and Security Agreement by and between TWOWS, LLC; DDTo Finance, LLC; and Comerica Bank, dated as of May 15, 2015 (the "Loan Agreement"), Red Granite Capital US, LLC is a Financier of the motion picture titled "The Wolf of Wall Street" (the "Film") and is entitled to receive proceeds of the Film in the form of a Financier Payment, as such term is defined in the Loan Agreement, payable to Red Granite Capital US, LLC on behalf of Red Granite Capital Ltd., the parent company of Red Granite Capital US, LLC.

4. Pursuant to the Collections Account Management Agreement by and between Fintage Collection Account Management B.V.; TWOWS, LLC; Red Granite International, Inc.; Red Granite Capital US, LLC; Sikelia Productions, Inc. f/s/o Martin Scorsese; Birken Productions, Inc. f/s/o Leonardo DiCaprio; Film Finances, Inc.; Screen Actors Guild-American Federation of Television and Radio Artists; Directors Guild of America, Inc.; and Writers Guild of America, West, Inc., dated as of October 14, 2014 (the "CAM Agreement"), the proceeds of the Film are collected in a managed account and disbursed to certain entities and people who are entitled to receive such proceeds. Under the CAM Agreement, Red Granite Capital Ltd. is a Financier of the Film and is entitled to receive proceeds of the Film in recoupment of the Financier Contribution, as such term is defined in the CAM Agreement, and to receive the remainder of the proceeds of the Film after all other entities entitled to receive such proceeds have received all amounts due, in accordance with the payment waterfall in Exhibit A of the CAM Agreement. Such payment amounts are payable to Red Granite Capital US, LLC on behalf of Red Granite Capital Ltd., the parent company of Red Granite Capital US, LLC.

5. Accordingly, Red Granite Capital US, LLC asserts its interest in the defendant property and has standing to contest its forfeiture.

6. Pursuant to Supplemental Rule E(8), made applicable to forfeiture actions by Supplemental Rule G(1), Claimant expressly limits its appearance to asserting and defending its claim.

2
VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT RED GRANITE CAPITAL US, LLC

Dated: September 9, 2016          Respectfully Submitted,

                                         BOIES, SCHILLER & FLEXNER LLP
                                         *Attorney for Red Granite Capital US, LLC*

                              By: <u>/s/ Matthew L. Schwartz</u>
                                   Matthew L. Schwartz

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT RED GRANITE CAPITAL US, LLC

## VERIFICATION

I am a duly-appointed manager of Claimant Red Granite Capital US, LLC. I verify under penalty of perjury that the foregoing Verified Claim and Statement of Interest is true and correct.

EXECUTED ON: September 9, 2016

_____
Philip Fier
Manager
Red Granite Capital US, LLC

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **VERIFIED CLAIM AND STATEMENT OF INTEREST** was sent by Federal Express this 9th day of September, 2016, to:

> John J. Kucera
> Christen A. Sproule
> Assistant United States Attorneys
> Central District of California
> Asset Forfeiture Section
> 312 North Spring Street, 14th Floor
> Los Angeles, California 90012

Dated: September 9, 2016

> By: /s/ Matthew L. Schwartz
> Matthew L. Schwartz
> BOIES, SCHILLER & FLEXNER LLP

5
VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT RED GRANITE CAPITAL US, LLC