Karen Y. Paik (SBN 288851)
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Fax: (310) 752-2490
E-mail: kpaik@bsfllp.com

Matthew L. Schwartz (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
E-mail: mlschwartz@bsfllp.com

*Attorneys for Claimant*
*TWOWS, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-cv-05362-DSF (PLAx) |
| Plaintiff, | **VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT TWOWS, LLC** |
| v. | |
| "THE WOLF OF WALL STREET" MOTION PICTURE, INCLUDING ANY RIGHTS TO PROFITS, ROYALTIES AND DISTRIBUTION PROCEEDS OWED TO RED GRANITE PICTURES, INC. OR ITS AFFILIATES AND/OR ASSIGNS, | |
| Defendant. | |

BOIES · SCHILLER & FLEXNER LLP
SANTA MONICA, CALIFORNIA

## VERIFIED CLAIM AND STATEMENT OF INTEREST

By and through its undersigned counsel, Claimant TWOWS, LLC files this verified claim and statement of interest for the above captioned defendant property pursuant to Supplemental Rule G of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as follows:

1.      Claimant TWOWS, LLC is a limited liability company organized under the laws of Delaware.

2.      TWOWS, LLC is the owner of all right, title, and interest in "The Wolf of Wall Street" motion picture, including any rights to profits, royalties, and distribution proceeds owed to Red Granite Pictures, Inc. or its affiliates and/or assigns, as more particularly described in Attachment A to the Verified Complaint for Forfeiture *in Rem* filed in this action.

3.      Pursuant to the Book Purchase Agreement, Book 1 Assignment Agreement, and Book 2 Assignment Agreement, each by and between Red Granite Productions, Inc. (now Red Granite Pictures, Inc., or "RGP") and Jordan Belfort, and each dated March 29, 2011, RGP acquired the right to proceeds from any film (the "Film") based on The Wolf of Wall Street books, *i.e.*, "The Wolf of Wall Street" and "Catching the Wolf of Wall Street" by Jordan Belfort.

4.      Pursuant to that certain First Look Agreement by and between RGP and Red Granite Capital Ltd. ("RGC Ltd."), dated December 1, 2010, RGP granted (i) an

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT TWOWS, LLC

exclusive right to own and control the Film, and (ii) a Producer Fee representing a percentage of the gross receipts of the Film, to RGC Ltd.  The assignment of the right to own and control the Film to RGC Ltd. was also memorialized in a Short Form Assignment Agreement by and between RGP and RGC Ltd., dated March 29, 2011.

5.     Pursuant to that certain Quitclaim Agreement by and between RGP and Warner Bros. Pictures, dated as of April 13, 2011, the right to produce the Film was assigned to RGP.

6.     Pursuant to that certain Literary Material Assumption Agreement by and between Warner Bros. Pictures and RGP, dated as of April 13, 2011, RGP acquired the right to the screenplay for the Film.

7.     Pursuant to that certain Assignment Agreement by and between RGC Ltd. and RGP dated as of October 29, 2012, RGC Ltd. assigned all right, title, and interest of whatsoever kind or nature in the Film to RGP. This Assignment Agreement further assigned to RGP all agreements that had previously been entered into, by, or on behalf of RGC Ltd. with respect to the distribution and exploitation of the Film.  This included a Sales Agency Agreement, dated as of October 23, 2012, between RGC Ltd. and Red Granite International, Inc.

8.     Pursuant to that certain Assignment Agreement by and between RGP and TWOWS, LLC, dated as of February 1, 2013, RGP assigned to TWOWS, LLC all right, title, and interest of whatsoever kind or nature in the Film and all agreements that had previously been entered into, by, or on behalf of RGC Ltd. with respect to the

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT TWOWS, LLC

distribution and exploitation of the Film, including the Sales Agency Agreement, dated as of October 23, 2012, between RGC Ltd. and Red Granite International, Inc., but excluding the distribution rights to the Film with respect to the territories of France, French-speaking Switzerland, and French-speaking Africa.  Pursuant to this Assignment Agreement, TWOWS, LLC holds the right, title, and interest to the Film.

9.     Accordingly, TWOWS, LLC asserts its interest in the defendant property and has standing to contest its forfeiture.

10.     Pursuant to Supplemental Rule E(8), made applicable to forfeiture actions by Supplemental Rule G(1), Claimant expressly limits its appearance to asserting and defending its claim.

Dated: September 9, 2016          Respectfully Submitted,


                                  BOIES, SCHILLER & FLEXNER LLP
                                  *Attorney for TWOWS, LLC*


                          By:  /s/ Matthew L. Schwartz
                               Matthew L. Schwartz

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT TWOWS, LLC

## <u>VERIFICATION</u>

I am a duly-appointed manager of Claimant TWOWS, LLC.  I verify under penalty of perjury that the foregoing Verified Claim and Statement of Interest is true and correct.

EXECUTED ON: September 9, 2016

_____
Philip Fier
Manager
TWOWS, LLC

4

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT TWOWS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **VERIFIED CLAIM AND STATEMENT OF INTEREST** was sent by Federal Express this 9th day of September, 2016, to:

> John J. Kucera
> Christen A. Sproule
> Assistant United States Attorneys
> Central District of California
> Asset Forfeiture Section
> 312 North Spring Street, 14th Floor
> Los Angeles, California 90012

Dated: September 9, 2016


By:  /s/ Matthew L. Schwartz
Matthew L. Schwartz
BOIES, SCHILLER & FLEXNER LLP

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT TWOWS, LLC