Karen Y. Paik (SBN 288851)
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Fax: (310) 752-2490
E-mail: kpaik@bsfllp.com

Matthew L. Schwartz (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
E-mail: mlschwartz@bsfllp.com

*Attorneys for Claimant*
*Red Granite International, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>"THE WOLF OF WALL STREET" MOTION PICTURE, INCLUDING ANY RIGHTS TO PROFITS, ROYALTIES AND DISTRIBUTION PROCEEDS OWED TO RED GRANITE PICTURES, INC. OR ITS AFFILIATES AND/OR ASSIGNS,<br><br>              Defendant. | Case No. 16-cv-05362-DSF (PLAx)<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT RED GRANITE INTERNATIONAL, INC.** |

# **VERIFIED CLAIM AND STATEMENT OF INTEREST**

By and through its undersigned counsel, Claimant Red Granite International, Inc. files this verified claim and statement of interest for the above captioned defendant property pursuant to Supplemental Rule G of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as follows:

1. Claimant Red Granite International, Inc. is a corporation organized under the laws of California.

2. Red Granite International, Inc. is entitled to certain proceeds of, and therefore has an interest in, "The Wolf of Wall Street" motion picture, including any rights to profits, royalties, and distribution proceeds owed to Red Granite Pictures, Inc. or its affiliates and/or assigns, as more particularly described in Attachment A to the Verified Complaint for Forfeiture *in Rem* filed in this action.

3. Pursuant to that certain Sales Agency Agreement by and between Red Granite International, Inc. and Red Granite Capital Ltd., dated as of October 23, 2012 (the "Sales Agency Agreement"), Red Granite International, Inc. is a Sales Agent for the film and is entitled to receive proceeds of the motion picture titled "The Wolf of Wall Street" (the "Film"), in the form of an Agent Fee, as defined in the Sales Agency Agreement, in the amount of seven and one half percent of all gross receipts from the agreements entered into under the Sales Agency Agreement for the sales, exhibition, and exploitation of the Film outside of the United States and Canada actually received

into a collection account (as described in paragraph 4), less any costs of collection incurred by Red Granite Capital Ltd., plus reimbursement of Red Granite International, Inc.'s expenses in connection with the provision of services under the Sales Agency Agreement.

4. Pursuant to that certain Collection Account Management Agreement, by and between Red Granite International, Inc.; Fintage Collection Account Management B.V.; TWOWS, LLC; Red Granite Capital US, LLC; Sikelia Productions, Inc. f/s/o Martin Scorsese; Birken Productions, Inc. f/s/o Leonardo DiCaprio; Film Finances, Inc.; Screen Actors Guild-American Federation of Television and Radio Artists; Directors Guild of America, Inc.; and Writers Guild of America, West, Inc., dated as of October 14, 2014, (the "CAM Agreement"), Red Granite International, Inc. is entitled to receive proceeds of the Film in recoupment of Sales Agent Expenses and Sales Agent Additional Expenses, as such terms are defined in the CAM Agreement, and to receive the Sales Agent Commission, as defined in the CAM Agreement, in accordance with the Sales Agency Agreement.

5. Accordingly, Red Granite International, Inc. asserts its interest in the defendant property and has standing to contest its forfeiture.

6. Pursuant to Supplemental Rule E(8), made applicable to forfeiture actions by Supplemental Rule G(1), Claimant expressly limits its appearance to asserting and defending its claim.

Dated: September 9, 2016            Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP
*Attorney for Red Granite International, Inc.*


By:  /s/ Matthew L. Schwartz
     Matthew L. Schwartz

## VERIFICATION

I am a duly-appointed director of Claimant Red Granite International, Inc. I verify under penalty of perjury that the foregoing Verified Claim and Statement of Interest is true and correct.

EXECUTED ON: September 9, 2016

_____
Philip Fier
Director
Red Granite International, Inc.

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing **VERIFIED CLAIM AND STATEMENT OF INTEREST** was sent by Federal Express this 9th day of September, 2016, to:

> John J. Kucera
> Christen A. Sproule
> Assistant United States Attorneys
> Central District of California
> Asset Forfeiture Section
> 312 North Spring Street, 14th Floor
> Los Angeles, California 90012

Dated: September 9, 2016

By: /s/ Matthew L. Schwartz
Matthew L. Schwartz
BOIES, SCHILLER & FLEXNER LLP

---

5
VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT RED GRANITE INTERNATIONAL, INC.