JOSEPH A. KOHANSKI (SBN 143505)
jkohanski@BushGottlieb.com
DAVID E. AHDOOT (SBN 245133)
dahdoot@BushGottlieb.com
BUSH GOTTLIEB
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California  91203-3345
Telephone:  (818) 973-3200
Facsimile:  (818) 973-3201

Attorneys for Claimant DIRECTORS GUILD OF AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>"THE WOLF OF WALL STREET" MOTION PICTURE, INCLUDING ANY RIGHTS TO PROFITS, ROYALTIES AND DISTRIBUTION PROCEEDS OWED TO RED GRANITE PICTURES, INC. OR ITS AFFILIATES AND/OR ASSIGNS,<br><br>              Defendant. | **CASE NO. 16-cv-05362-DSF (PLAx)**<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT DIRECTORS GUILD OF AMERICA, INC.** |

## VERIFIED CLAIM AND STATEMENT OF INTEREST

By and through its undersigned counsel, Claimant Directors Guild of America, Inc. ("DGA" or the "Guild") files this Verified Claim and Statement of Interest for the above-captioned defendant property, pursuant to Supplemental Rule G of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as follows:

1. Claimant DGA is a California nonprofit mutual benefit corporation, and is the exclusive collective bargaining representative of directors, and of members of the directorial team, employed throughout the entertainment industry.

2. Pursuant to that certain Letter of Adherence between DGA and TWOWS, LLC, the motion picture "The Wolf of Wall Street" (the "Picture") was produced subject to the terms and conditions of the DGA Basic Agreement of 2011 (as amended, supplemented or modified, the "DGA CBA"). Under the DGA CBA, TWOWS, LLC is obligated to pay Guild-represented employees additional compensation - commonly known as "Residuals" - whenever the Picture is exploited in markets subsequent to its theatrical release, including but not limited to pay television, free television, basic cable, home video, and digital exploitation *via* new media. These obligations continue for as long as the Picture is exploited. These obligations also include pension plan contributions to the DGA-Producer Pension Plan, as specified in the DGA CBA.

3. Pursuant to that certain Guaranty Agreement effective as of August 22, 2012, Red Granite Pictures, Inc. guaranteed the performance by TWOWS, LLC of all its obligations under the DGA CBA.

4. Pursuant to that certain Security Agreement effective as of December 1, 2012, TWOWS, LLC and Red Granite Pictures, LLC granted to DGA a security interest in all of their rights in the Picture, including but not limited to all distribution rights and proceeds therefrom. On January 19, 2016, this Security Agreement was delivered to United States Copyright Office for recordation. On

December 11, 2012, the California Secretary of State filed a UCC-1 Financing Statement, Filing Number 12-7340395842, in connection with this security interest.

5. Upon information and belief, Paramount Pictures Corporation holds a license from TWOWS, LLC or Red Granite Pictures, LLC, granting it the right to distribute, exhibit or exploit the Picture in the United States, Canada and Japan, for a term of 20 years commencing from the initial release of the Picture. Paramount Pictures Corporation has tendered to the DGA a Theatrical Letter of Guaranty For Qualified Distributor/Buyer, confirming it will pay Residuals for the territories and term referenced above.

6. In connection with the foreign territories not controlled by Paramount Pictures Corporation (*i.e.*, excluding Japan), TWOWS, LLC set aside funds for the payment of Residuals (the "Foreign Residuals Set-Aside") and entered into a Custody Agreement, dated as of December 12, 2013, governing the use of such funds. At this time, only $13,444.78 remains in the Foreign Residuals Set-Aside.

7. Pursuant to a Collection Account Management Agreement dated as of October 14, 2014 by and between Fintage Collection Account Management B.V.; TWOWS, LLC; Red Granite International, Inc.; Red Granite Capital US, LLC, Sikelia Productions, Inc f/s/o Martin Scorsese; Birken Productions, Inc. f/s/o Leonardo DiCaprio and Film Finances, Inc. (the "CAM Agreement"), worldwide proceeds from the Picture are collected and disbursed to designated entities and persons. While not signatory to the CAM Agreement, the DGA, Screen Actors Guild-American Federation of Television and Radio Artists and the Writers Guild of America West, Inc. are designated as parties thereto, and the DGA is entitled to receive proceeds from the Picture earmarked for Residuals in accordance with the payment "waterfall" in Exhibit A of the CAM Agreement.

8. Accordingly, DGA asserts its interest in the defendant property and has standing to contest its forfeiture. DGA is primarily concerned with ensuring that if forfeiture obtains, the disposition of forfeited assets does not compromise the future

ability of the DGA to collect and disburse Residuals on behalf of Guild-represented employees in the event that either the license to Paramount Pictures Corporation expires, the Foreign Residuals Set-Aside is depleted, or Residuals do not get paid through the CAM Agreement.

9. DGA reserves all rights and remedies in connection with current and future Residuals claims and any and all other claims under the DGA CBA.

10. Pursuant to Supplemental Rule E(8), made applicable to forfeiture actions by Supplemental Rule G(1), Claimant expressly limits its appearance to asserting and defending its claim.

DATED: October 7, 2016            Respectfully submitted,

JOSEPH A. KOHANSKI
DAVID E. AHDOOT
BUSH GOTTLIEB, A Law Corporation


By: /s/ Joseph A. Kohanski
    JOSEPH A. KOHANSKI
Attorneys for Claimant DIRECTORS GUILD OF AMERICA, INC.

## VERIFICATION

I am General Counsel of Claimant Directors Guild of America, Inc. I verify, under penalty of perjury, that the foregoing Verified Claim and Statement of Interest is true and correct.

**EXECUTED ON:** October 6, 2016

By: _____
David B. Dreyfus
General Counsel
Directors Guild of America, Inc.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 500 North Central Avenue, Suite 800, Glendale, California 91203-3345.

On October 7, 2014, I served true copies of the following document(s) described as **VERIFIED CLAIM AND STATEMENT OF INTEREST** on the interested parties in this action as follows:

> John J. Kucera
> Christen A. Sproule
> Assistant United States Attorneys
> Central District of California
> Asset Forfeiture Section
> 312 North Spring Street, 14th Floor
> Los Angeles, CA 90012

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 7, 2016, at Glendale, California.

 /s/Joan Silver
 JOAN SILVER

576055.1  12390-0000

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT DIRECTORS GUILD OF AMERICA