JOSEPH A. KOHANSKI (SBN 143505)
jkohanski@BushGottlieb.com
DAVID E. AHDOOT (SBN 245133)
dahdoot@BushGottlieb.com
BUSH GOTTLIEB
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California 91203-3345
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Attorneys for Claimant SCREEN ACTORS GUILD – AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>"THE WOLF OF WALL STREET" MOTION PICTURE, INCLUDING ANY RIGHTS TO PROFITS, ROYALTIES AND DISTRIBUTION PROCEEDS OWED TO RED GRANITE PICTURES, INC. OR ITS AFFILIATES AND/OR ASSIGNS,<br><br>Defendant. | **CASE NO. 16-cv-05362-DSF (PLAx)**<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT SCREEN ACTORS GUILD – AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS** |

575674.3 12390-0000

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT SAG-AFTRA

**VERIFIED CLAIM AND STATEMENT OF INTEREST**

By and through its undersigned counsel, Claimant Screen Actors Guild – American Federation of Television and Radio Artists ("SAG-AFTRA" or the "Union") files this Verified Claim and Statement of Interest for the above-captioned defendant property, pursuant to Supplemental Rule G of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as follows:

1. Claimant SAG-AFTRA is a Delaware unincorporated association, and is the exclusive collective bargaining representative of performers in the motion picture industry.

2. Pursuant to that certain Letter Agreement for Independent Producers of Theatrical Motion Pictures dated as of July 9, 2012 between SAG-AFTRA and TWOWS, LLC, the motion picture "The Wolf of Wall Street" (the "Picture") was produced subject to the terms and conditions of the Producer-Screen Actors Guild Codified Basic Agreement of 2005, as amended by the 2009 Memorandum of Agreement and the 2011 Memorandum of Agreement (collectively, the "SAG-AFTRA CBA"). Under the SAG-AFTRA CBA, TWOWS, LLC is obligated to pay Guild-represented employees additional compensation - commonly known as "Residuals" - whenever the Picture is exploited in markets subsequent to its theatrical release, including but not limited to pay television, free television, basic cable, home video, and digital exploitation *via* new media. These obligations continue for as long as the Picture is exploited. These obligations also include pension and health plan contributions to the SAG-AFTRA Pension and Health Plans, as specified in the SAG-AFTRA CBA.

3. In addition to the obligations of TWOWS, LLC under the SAG-AFTRA CBA, pursuant to that certain Guaranty Agreement dated as of July 31, 2012, Red Granite Pictures, Inc. has guaranteed performance by TWOWS, LLC in connection with its obligations to the Union under the SAG-AFTRA CBA.

BUSH GOTTLIEB
500 North Central Avenue, Suite 800
Glendale, California 91203-3345

575674.3 12390-0000

1

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT SAG-AFTRA

4. On July 31, 2012, TWOWS, LLC and Red Granite Pictures, LLC granted to SAG-AFTRA a security interest in all of their rights in the Picture, including but not limited to all distribution rights and proceeds therefrom. On August 23, 2012, the United States Copyright Office recorded the applicable security agreement as V3620D070. On August 14, 2012 the Delaware Department of State filed a UCC-1 Financing Statement, Filing # 2012 3140854 in connection with this security interest. On August 14, 2012, the California Secretary of State filed a UCC-1 Financing Statement, Filing Number 127325040084, in connection with this security interest.

5. Upon information and belief, Paramount Pictures Corporation holds a license from TWOWS, LLC or Red Granite Pictures, LLC, granting it the right to distribute, exhibit or exploit the Picture, in the United States, Canada and Japan, for a term of 20 years commencing from the initial release of the Picture. Paramount Pictures Corporation has tendered to SAG-AFTRA a Theatrical Letter of Guaranty For Qualified Distributor/Buyer, confirming it will pay Residuals for the territories and term referenced above.

6. In connection with the foreign territories not controlled by Paramount Pictures Corporation (*i.e.*, excluding Japan), TWOWS, LLC set aside funds for the payment of Residuals (the "Foreign Residuals Set-Aside") and entered into a Custody Agreement, dated as of December 10, 2013, governing the use of such funds. At this time, $ 304,666.00 remains in the Foreign Residuals Set-Aside.

7. Pursuant to a Collections Account Management Agreement dated as of October 14, 2014 by and between Fintage Collection Account Management B.V.; TWOWS, LLC; Red Granite International, Inc.; Red Granite Capital US, LLC, Sikelia Productions, Inc f/s/o Martin Scorsese; Birken Productions, Inc. f/s/o Leonardo DiCaprio and Film Finances, Inc. (the "CAM Agreement"), worldwide proceeds from the Picture are collected and disbursed to designated entities and persons. While not signatory to the CAM Agreement, SAG-AFTRA, the Directors

Guild of America, Inc. and the Writers Guild of America West, Inc. are designated as parties thereto, and SAG-AFTRA is entitled to receive proceeds from the Picture earmarked for Residuals in accordance with the payment "waterfall" in Exhibit A of the CAM Agreement.

8.  Accordingly, SAG-AFTRA asserts its interest in the defendant property and has standing to contest its forfeiture. SAG-AFTRA is primarily concerned with ensuring that if forfeiture obtains, then disposition of forfeited assets does not compromise the future ability of SAG-AFTRA to collect and disburse Residuals on behalf of represented employees in the event that either the license to Paramount Pictures Corporation expires, the Foreign Residuals Set-Aside is depleted, or Residuals do not get paid through the CAM Agreement.

9.  SAG-AFTRA reserves all rights and remedies in connection with current and future Residuals claims, and any and all other claims under the SAG-AFTRA CBA.

10. Pursuant to Supplemental Rule E(8), made applicable to forfeiture actions by Supplemental Rule G(1), Claimant expressly limits its appearance to asserting and defending its claim.

DATED: October 7, 2016              Respectfully submitted,

                                    JOSEPH A. KOHANSKI
                                    DAVID E. AHDOOT
                                    BUSH GOTTLIEB, A Law Corporation


                                    By: /s/ Joseph A. Kohanski
                                        JOSEPH A. KOHANSKI
                                    Attorneys for Claimant SCREEN ACTORS
                                    GUILD – AMERICAN FEDERATION OF
                                    TELEVISION AND RADIO ARTISTS

## VERIFICATION

I am National Director/Senior Counsel, Financial Assurances Compliance and Strategic Planning of Claimant Screen Actors Guild-American Federation of Television and Radio Artists. I verify, under penalty of perjury, that the foregoing Verified Claim and Statement of Interest is true and correct.

**EXECUTED ON:** October 6, 2016

By: *Susan Lowry* (signature)
Susan Lowry
National Director/Senior Counsel, Financial Assurances Compliance and Strategic Planning
Screen Actors Guild – American Federation of Television and Radio Artists

575674.3 12390-0000

4

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT SAG-AFTRA

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 500 North Central Avenue, Suite 800, Glendale, California 91203-3345.

On October 7, 2014, I served true copies of the following document(s) described as **VERIFIED CLAIM AND STATEMENT OF INTEREST** on the interested parties in this action as follows:

John J. Kucera
Christen A. Sproule
Assistant United States Attorneys
Central District of California
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, CA 90012

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 7, 2016, at Glendale, California.

*/s/Joan Silver*
JOAN SILVER

576055.1 12390-0000

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT SAG-AFTRA