JOSEPH A. KOHANSKI (SBN 143505)
jkohanski@BushGottlieb.com
DAVID E. AHDOOT (SBN 245133)
dahdoot@BushGottlieb.com
BUSH GOTTLIEB
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California  91203-3345
Telephone:  (818) 973-3200
Facsimile:  (818) 973-3201

Attorneys for Claimant
WRITERS GUILD OF AMERICA
WEST, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>"THE WOLF OF WALL STREET" MOTION PICTURE, INCLUDING ANY RIGHTS TO PROFITS, ROYALTIES AND DISTRIBUTION PROCEEDS OWED TO RED GRANITE PICTURES, INC. OR ITS AFFILIATES AND/OR ASSIGNS,<br><br>              Defendant. | **CASE NO. 16-cv-05362-DSF (PLAx)**<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT WRITERS GUILD OF AMERICA WEST, INC.** |

575678.3  12390-0000

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT WRITERS GUILD OF AMERICA

**VERIFIED CLAIM AND STATEMENT OF INTEREST**

By and through its undersigned counsel, Claimant Writers Guild of America West, Inc. ("WGA" or the "Guild") files this Verified Claim and Statement of Interest for the above-captioned defendant property, pursuant to Supplemental Rule G of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as follows:

1. Claimant WGA is a labor union, and is the exclusive collective bargaining representative of writers in the motion picture industry.

2. Pursuant to that certain Literary Material Assumption Agreement executed between Warner Bros. Pictures and Red Granite Pictures, Inc. and tendered to the WGA on or about March 19, 2012, the motion picture "The Wolf of Wall Street" (the "Picture") was produced subject to the terms and conditions of the then-current Writers Guild of America Theatrical and Television Basic Agreement (the "WGA CBA"). Under the WGA CBA, Red Granite Pictures, Inc. is obligated to pay Guild-represented employees additional compensation commonly known as "Residuals" - whenever the Picture is exploited in markets subsequent to its theatrical release, including but not limited to pay television, free television, basic cable, home video, and digital exploitation *via* new media. These obligations continue for as long as the Picture is exploited. These obligations also may include pension and health plan contributions to the Producer-WGA Pension and Health Plans, as specified in the WGA CBA.

3. Upon information and belief, Paramount Pictures Corporation holds a license from TWOWS, LLC or Red Granite Pictures, LLC, granting all distribution, exhibition or exploitation rights in the Picture, for a period of 20 years commencing from the initial general release of the Picture, for the territories of the United States, Canada and Japan. Paramount Pictures Corporation has tendered to WGA a Theatrical Letter of Guaranty For Qualified Distributor/Buyer, by which it confirms it will pay Residuals for the period and territories referenced above.

4. Pursuant to a Collections Account Management Agreement dated as of October 14, 2014 by and between Fintage Collection Account Management B.V.; TWOWS, LLC; Red Granite International, Inc.; Red Granite Capital US, LLC, Sikelia Productions, Inc f/s/o Martin Scorsese; Birken Productions, Inc. f/s/o Leonardo DiCaprio and Film Finances, Inc. (the "CAM Agreement"), worldwide proceeds from the Picture are collected and disbursed to designated entities and persons. While not signatory to the CAM Agreement, the WGA, the Directors Guild of America, Inc. and the Screen Actors Guild – American Federation of Television and Radio Artists are designated as parties thereto, and WGA is entitled to receive proceeds from the Picture earmarked for Residuals in accordance with the payment "waterfall" in Exhibit A of the CAM Agreement.

5. Accordingly, WGA asserts its interest in the defendant property and has standing to contest its forfeiture. WGA is primarily concerned with ensuring that if forfeiture obtains, then disposition of forfeited assets does not compromise the future ability of the WGA to collect and disburse Residuals on behalf of represented employees in the event that either the license to Paramount Pictures Corporation expires, or Residuals do not get paidthrough the CAM Agreement.

6. The WGA reserves all rights and remedies in connection with current and future Residuals claims, and any and all other claims under the WGA CBA.

7. Pursuant to Supplemental Rule E(8), made applicable to forfeiture actions by Supplemental Rule G(1), Claimant expressly limits its appearance to asserting and defending its claim.

DATED: October 7, 2016

Respectfully submitted,
BUSH GOTTLIEB, A Law Corporation

By: /s/ Joseph A. Kohanski
    JOSEPH A. KOHANSKI
Attorneys for Claimant WRITERS GUILD OF AMERICA WEST, INC.

575678.3 12390-0000

2

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT WRITERS GUILD OF AMERICA

## VERIFICATION

I am an Assistant Executive Director of Claimant Writers Guild of America West, Inc. I verify, under penalty of perjury, that the foregoing Verified Claim and Statement of Interest is true and correct.

**EXECUTED ON:** October 6, 2016

By: *[signature]*
Lise Anderson
Assistant Executive Director
Writers Guild of America West. Inc.

1 **PROOF OF SERVICE**

2 **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3   At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California.  My business address is 500 North Central Avenue, Suite 800, Glendale, California  91203-3345.

  On October 7, 2014, I served true copies of the following document(s) described as **VERIFIED CLAIM AND STATEMENT OF INTEREST** on the interested parties in this action as follows:

    John J. Kucera
    Christen A. Sproule
    Assistant United States Attorneys
    Central District of California
    Asset Forfeiture Section
    312 North Spring Street, 14th Floor
    Los Angeles, CA 90012

  **BY FEDEX:**  I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  Executed on October 7, 2016, at Glendale, California.

                          /s/Joan Silver
                          JOAN SILVER

BUSH GOTTLIEB
500 North Central Avenue, Suite 800
Glendale, California  91203-3345

576055.1  12390-0000

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT WRITERS GUILD OF AMERICA