JOSEPH A. KOHANSKI (SBN 143505)
jkohanski@BushGottlieb.com
DAVID E. AHDOOT (SBN 245133)
dahdoot@BushGottlieb.com
BUSH GOTTLIEB
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California  91203-3345
Telephone:  (818) 973-3200
Facsimile:  (818) 973-3201

Attorneys for Claimant MOTION
PICTURE INDUSTRY PENSION AND
HEALTH PLANS

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 16-cv-05362-DSF (PLAx)** |
| Plaintiff, | **VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT MOTION PICTURE INDUSTRY PENSION AND HEALTH PLANS** |
| vs. | |
| "THE WOLF OF WALL STREET" MOTION PICTURE, INCLUDING ANY RIGHTS TO PROFITS, ROYALTIES AND DISTRIBUTION PROCEEDS OWED TO RED GRANITE PICTURES, INC. OR ITS AFFILIATES AND/OR ASSIGNS, | |
| Defendant. | |

BUSH GOTTLIEB
500 North Central Avenue, Suite 800
Glendale, California  91203-3345

575681.2  12390-0000

1  **VERIFIED CLAIM AND STATEMENT OF INTEREST**

2       By and through its undersigned counsel, Claimant Motion Picture Industry

3  Pension and Health Plans ("MPIPHP" or the "Plans") file this Verified Claim and

4  Statement of  Interest for the above-captioned defendant property, pursuant to

5  Supplemental Rule G of the Federal Rules of Civil Procedure, Supplemental Rules

6  for Admiralty and Maritime Claims and Asset Forfeiture Actions, as follows:

7       1.      The Plans were created and now exist pursuant to section 302(c) of the

8  LMRA [29 U.S.C. § 186(c)].   The Plans are "multiemployer plans" within the

9  meaning of ERISA section 3(37)(A) [29 U.S.C. § 1002(37)(A)] in that more than

10  one employer is required to contribute to the Plans, and are "employee benefit

11  plans" within the meaning of section 3 of ERISA [29 U.S.C. § 1002] in that they

12  were created pursuant to written declarations of trust ("Trust Agreements") and

13  collective bargaining agreements ("CBA's")  between motion picture and television

14  producer/employers,  the International Alliance of Theatrical Stage Employees

15  ("IA"), and the International Brotherhood of Teamsters Studio Transportation

16  Drivers Local #399 ("IBT").    The Plans are maintained for the purpose of

17  providing their participants and beneficiaries with retirement benefits as well as

18  medical, surgical and hospital benefits in the event of sickness, accident, disability

19  or death.

20       2.      The motion picture "The Wolf  of Wall Street" (the "Picture") was

21  produced subject to  IA and IBT CBAs and Trust Agreements.    In successive

22  signatory agreements effective as of May 17, 2012 and July 29, 2013, Red Granite

23  Pictures, Inc. agreed to become a "Term Signatory" to numerous IA CBAs covering

24  a broad range of film production job classifications.  On May 17, 2012, the IA

25  accepted  a Trust Acceptance tendered by Red Granite Pictures, Inc. which agreed to

26  make all "Plan Contributions" as required by the applicable CBAs.  Through a

27  Memorandum Agreement dated May 16, 2012 with IBT Local 817, a Trust

28  Acceptance of that same date, and an additional Trust Acceptance dated as of May

BUSH GOTTLIEB
500 North Central Avenue, Suite 800
Glendale, California  91203-3345

30, 2012, TWOWS, LLC agreed to pay all Plan Contributions in connection with the Picture, as specified by the applicable CBA.

3.     The applicable contract terms include payment of continuing  Plan Contributions – analogous to the reuse payments commonly known as "Residuals" - whenever the Picture is exploited in markets subsequent to  theatrical release, including but not limited to pay television, free television, basic cable, home video, and  digital exploitation *via* new media.  These obligations continue for as long as the Picture is exploited.

4.     Upon information and belief, Paramount Pictures Corporation  holds a license from TWOWS, LLC or Red Granite Pictures, LLC, granting it the right to distribute, exhibit or exploit the Picture, in the United States, Canada and Japan for a term of 20 years, commencing from the initial release of the Picture.     Paramount Pictures Corporation has been paying Plan Contributions to the Plans with respect to its exploitation of the Picture.   TWOWS, LLC has also been paying Plan Contributions to the Plans, presumably for its exploitation of rights in the Picture that are not held by Paramount Pictures Corporation.

5.     Accordingly, the Plans assert their interest in the defendant property and have standing to contest its forfeiture.  The Plans are primarily concerned with ensuring that if forfeiture obtains, then disposition of forfeited assets does not compromise the ability of the Plans to collect future Plan Contributions once the license to Paramount Pictures Corporation has expired, or Red Granite Pictures Inc. or TWOWS, LLC are unable to pay future Plan Contributions due to forfeiture of the Picture.

6.     The Plans have initiated an audit of TWOWS, LLC and Red Granite Pictures, LLC with respect to Plan Contributions that have accrued to date, and reserve all rights and remedies in connection with current and future Plan Contribution Claims, and any and all other claims under each CBA and Trust Agreement.

575681.2  12390-0000

2

BUSH GOTTLIEB
500 North Central Avenue, Suite 800
Glendale, California  91203-3345

1      7.      Pursuant to Supplemental Rule E(8), made applicable to forfeiture

2  actions by Supplemental Rule G(1), Claimant expressly limits its appearance to

3  asserting and defending its claim.

4

5

6  DATED: October 7, 2016          Respectfully submitted,

7                                  JOSEPH A. KOHANSKI

8                                  DAVID E. AHDOOT
                                   BUSH GOTTLIEB, A Law Corporation
9

10

11                                 By: /s/ Joseph A. Kohanski

12                                     JOSEPH A. KOHANSKI

13                                 Attorneys for Claimant MOTION PICTURE
                                   INDUSTRY PENSION AND HEALTH
14                                 PLANS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUSH GOTTLIEB
500 North Central Avenue, Suite 800
Glendale, California  91203-3345

## VERIFICATION

I am the Manager of Residuals for Claimant Motion Picture Industry Pension and Health Plans.  I verify, under penalty of perjury, that the foregoing Verified Claim and Statement of Interest is true and correct.

**EXECUTED ON:**  October 6, 2016

By: _____

Juanito Ramas
Manager of Residuals
Motion Picture Industry Pension and
Health Plans

BUSH GOTTLIEB
500 North Central Avenue, Suite 800
Glendale, California 91203-3345

575681.2 12390-0000

4

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT MOTION PICTURE INDUSTRY
PENSION AND HEALTH PLANS

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 500 North Central Avenue, Suite 800, Glendale, California 91203-3345.

On October 7, 2014, I served true copies of the following document(s) described as **VERIFIED CLAIM AND STATEMENT OF INTEREST** on the interested parties in this action as follows:

> John J. Kucera
> Christen A. Sproule
> Assistant United States Attorneys
> Central District of California
> Asset Forfeiture Section
> 312 North Spring Street, 14th Floor
> Los Angeles, CA 90012

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 7, 2016, at Glendale, California.

*/s/Joan Silver*
JOAN SILVER

BUSH GOTTLIEB
500 North Central Avenue, Suite 800
Glendale, California 91203-3345

576055.1  12390-0000

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT MOTION PICTURE INDUSTRY
PENSION AND HEALTH PLANS