M. KENDALL DAY, Chief
Asset Forfeiture and Money Laundering Section (AFMLS)
MARY BUTLER
Chief, International Unit
WOO S. LEE
Deputy Chief, International Unit
KYLE R. FREENY
Trial Attorney
Criminal Division
United States Department of Justice
   1400 New York Avenue, N.W., 10th Floor
   Washington, D.C. 20530
   Telephone:  (202) 514-1263,
   Email:  Woo.Lee@usdoj.gov

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
CHRISTEN A. SPROULE (CBN: 310120)
Assistant United States Attorneys
Asset Forfeiture Section
   1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-3391/(213) 894-4493
   Facsimile:  (213) 894-7177
   Email: John.Kucera@usdoj.gov
          Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>"THE WOLF OF WALL STREET" MOTION PICTURE<br><br>      Defendant. | No.  CV 16-05362-DSF (PLAx)<br><br><u>EX PARTE WITHDRAWAL OF APPLICATION TO FILE DOCUMENTS UNDER SEAL; DECLARATION OF CHRISTEN A. SPROULE IN SUPPORT OF APPLICATION; AND [PROPOSED] ORDER</u> |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Christen A. Sproule, hereby files its Withdrawal of Ex Parte Application to File Documents Under Seal (Dkt. #45), the proposed Order authorizing the under seal filing (Dkt. #45-1), and the Declaration of AUSA Christen A. Sproule in Support of Ex Parte Application (Dkt. #46).

Dated: October 11, 2016              Respectfully submitted,

                                     M. KENDALL DAY, Chief
                                     Asset Forfeiture and Money Laundering Section
                                     United States Department of Justice

                                     EILEEN M. DECKER
                                     United States Attorney

                                       /s/*Christen A. Sproule*
                                     JOHN J. KUCERA
                                     CHRISTEN A. SPROULE
                                     Assistant United States Attorneys

                                     WOO S. LEE
                                     KYLE R. FREENY
                                     Criminal Division
                                     U.S. Department of Justice

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

2