M. KENDALL DAY, Chief
Asset Forfeiture and Money Laundering Section (AFMLS)
MARY BUTLER
Chief, International Unit
WOO S. LEE
Deputy Chief, International Unit
KYLE R. FREENY
Trial Attorney
Criminal Division
United States Department of Justice
   1400 New York Avenue, N.W., 10th Floor
   Washington, D.C. 20530
   Telephone:  (202) 514-1263
   Email:  Woo.Lee@usdoj.gov

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
CHRISTEN A. SPROULE (CBN: 310120)
Assistant United States Attorneys
Asset Forfeiture Section
   1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-3391/(213) 894-4493
   Facsimile:  (213) 894-7177
   Email: John.Kucera@usdoj.gov
         Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>"THE WOLF OF WALL STREET" MOTION PICTURE<br><br>      Defendant. | No.  CV16-05362-DSF (PLAx)<br><br><u>ORDER GRANTING EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL</u> |

Based on Plaintiff's October 12, 2016 application to file documents under seal, and good cause appearing therefor, the Court hereby grants the application to file documents under seal.

IT IS SO ORDERED.

DATED: October 14, 2016

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

M. KENDALL DAY, Chief
Asset Forfeiture and Money Laundering Section
United States Department of Justice

EILEEN M. DECKER
United States Attorney

  /s/*Christen A. Sproule*___
JOHN J. KUCERA
CHRISTEN A. SPROULE
Assistant United States Attorneys

WOO S. LEE
KYLE R. FREENY
Criminal Division
U.S. Department of Justice

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2