1  JOSEPH A. KOHANSKI (SBN 143505)
   jkohanski@BushGottlieb.com
2  DAVID E. AHDOOT (SBN 245133)
   dahdoot@BushGottlieb.com
3  BUSH GOTTLIEB
   A Law Corporation
4  801 North Brand Boulevard, Suite 950
   Glendale, California 91203-1215
5  Telephone: (818) 973-3200
   Facsimile: (818) 973-3201
6
   Attorneys for Claimants DIRECTORS
7  GUILD OF AMERICA, INC.; SCREEN
   ACTORS – AMERICAN FEDERATION
8  OF TELEVISION AND RADIO
   ARTISTS; WRITERS GUILD OF
9  AMERICA, WEST, INC.; MOTION
   PICTURE INDUSTRY PENSION AND
10 HEALTH PLANS

11              UNITED STATES DISTRICT COURT

12        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

13

14 UNITED STATES OF AMERICA,          CASE NO. 16-CV-05362-DSF (PLAx)

15              Plaintiff,            STIPULATION AND REQUEST TO
                                      EXTEND TIME TO ANSWER
16        vs.                         INITIAL COMPLAINT BY AN
                                      ADDITIONAL 14 DAYS
17 "THE WOLF OF WALL STREET"
   MOTION PICTURE,                    Current Response Date:
18                                    Answer – 2/10/17
                Defendant.
19                                    New Response Date:
                                      Answer – 2/24/17
20

21

22        On July 20, 2016, the United States filed the above captioned action against

23 the defendant "The Wolf of Wall Street" Motion Picture, Including Any Rights to

24 Profits, Royalties and Distribution Proceeds Owed to Red Granite Pictures, Inc. or

25 its Affiliates and/or Assigns, ("Defendant Asset").  The Directors Guild of America,

26 Inc., Screen Actors Guild-American Federation of Television and Radio Artists, the

27 Writers Guild of America West, Inc., their respective Pension and Health Plans, and

28 the Motion Picture Industry Pension and Health Plans (collectively, the

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1215

"Claimants") may have a potential interest in the Defendant Asset.  On October 7, 2016, the Claimants filed their Statements of Verified Claims and Statements of Interest.  Claimant's time to file an answer was extended to November 28, 2016, then to January 13, 2017, then extended again to February 10, 2017.

On January 10, 2017, Claimants' counsel slipped and fractured a rib; recovery has been unexpectedly arduous.  The parties therefore have agreed to an additional fourteen day extension of the deadline as to the answer due, set forth in Supplemental Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  Accordingly, Claimants' time to file an answer to the Defendant Asset is extended from February 10, 2017 to February 24, 2017.  Concurrently, the United States' time to file any special interrogatories pursuant to Supplemental Rule G is extended to March 24, 2017.

The parties agree that the extended deadline will permit the United States and the Claimants to continue to discuss Claimants' interest in the Defendant Asset.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND REQUEST TO EXTEND TIME TO ANSWER INITIAL COMPLAINT BY AN ADDITIONAL 14 DAYS

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1215

1    By the signatures of their attorneys hereunder, the parties stipulate and

2 request that this Court extend the Answer deadline currently set for February 10,

3 2017 to February 24, 2017.

4

5  Dated: January 26, 2017                Respectfully submitted,

6                                         BUSH GOTTLIEB, A Law Corporation

7                                            /s/ *Joseph A Kohanski*

8                                         JOSEPH A. KOHANSKI, ESQ.

9                                         Attorney for Claimants

10                                        The Directors Guild of America, Inc., Screen

                                          Actors Guild-American Federation of

11                                        Television and Radio Artists, the Writers

12                                        Guild of America West, Inc., their respective

                                          Pension and Health Plans, and the Motion

13                                        Picture Industry Pension and Health Plans

14

    Dated: January 26, 2017

15                                        M. KENDALL DAY

16                                        Chief, AFMLS

17                                        EILEEN M. DECKER

18                                        United States Attorney

19                                           /s/ *John J. Kucera*

20                                        JOHN J. KUCERA

                                          CHRISTEN A. SPROULE

21                                        Assistant United States Attorneys

22                                        WOO S. LEE

23                                        Deputy Chief, AFMLS

                                          KYLE R. FREENY

24                                        Trial Attorney, AFMLS

25

26                                        Attorneys for Plaintiff

                                          UNITED STATES OF AMERICA

27

28

STIPULATION AND REQUEST TO EXTEND TIME TO ANSWER INITIAL COMPLAINT BY AN
ADDITIONAL 14 DAYS

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1215