JOSEPH A. KOHANSKI (SBN 143505)
jkohanski@BushGottlieb.com
DAVID E. AHDOOT (SBN 245133)
dahdoot@BushGottlieb.com
BUSH GOTTLIEB
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California  91203-3345
Telephone:  (818) 973-3200
Facsimile:  (818) 973-3201

Attorneys for Claimant DIRECTORS
GUILD OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 16-cv-05362-DSF (PLAx)** |
| Plaintiff, | **ANSWER OF CLAIMANT DIRECTORS GUILD OF AMERICA, INC. TO VERIFIED COMPLAINT FOR FORFEITURE** |
| vs. | |
| "THE WOLF OF WALL STREET" MOTION PICTURE, INCLUDING ANY RIGHTS TO PROFITS, ROYALTIES AND DISTRIBUTION PROCEEDS OWED TO RED GRANITE PICTURES, INC. OR ITS AFFILIATES AND/OR ASSIGNS, | |
| Defendant. | |

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

590170.1  12385-0000

## ANSWER TO COMPLAINT FOR FORTFEITURE

The Directors Guild of America, Inc. ("DGA" or "Claimant"), as collective bargaining representative of directors and other members of the directorial team in the motion picture industry, including but not limited to the directorial team on the motion picture "The Wolf of Wall Street," respectfully represents the following by way of Answer to the Verified Complaint for Forfeiture In Rem ("Complaint").

## GENERAL RESPONSES

Except as expressly admitted herein, the DGA lacks sufficient knowledge to form a belief about the truth of the allegations in the Complaint. With the exception of the Affirmative Defenses, the numbered paragraphs in this Answer correspond to the paragraphs as numbered in the Complaint. To the extent paragraphs in the Complaint are grouped under headings, the DGA responds generally that such headings and groupings are conclusions of law or fact and lacks sufficient knowledge to form a belief about the truth of such allegations made or implied by such headings or groupings.

## SPECIFIC RESPONSES
## PERSONS AND ENTITIES

1.     The DGA admits that the plaintiff is the United States of America.

2.     The DGA admits that the defendant in this action is the motion picture "The Wolf of Wall Street," including any rights to profits, royalties and distribution proceeds owed to Red Granite Pictures, Inc. or its affiliates and/or assigns (hereinafter, the "Defendant Asset"), and that the defendant is more particularly described in Attachment A to the Complaint.

3.     To the extent an answer is required, the DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 3 of the complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

1        4.     The DGA admits that plaintiff filed related actions seeking civil

2    forfeiture of the assets listed in paragraph 4 and its subparagraphs.

3    **NATURE OF THE ACTION**

4        5.     To the extent an answer is required, the DGA lacks sufficient

5    information to form a belief as to the truth of the allegations stated in paragraph 5

6    of the complaint with the single and only exception that the DGA admits the

7    statement in footnote 2 that "Malaysia is a sovereign country located in Southeast

8    Asia."

9        6.     The DGA lacks sufficient information to form a belief as to the truth

10   of the allegations stated in paragraph 6 of the Complaint.

11       7.     The DGA lacks sufficient information to form a belief as to the truth

12   of the allegations stated in paragraph 7 of the Complaint.

13       8.     The DGA lacks sufficient information to form a belief as to the truth

14   of the allegations stated in paragraph 8 of the Complaint.

15       9.     The DGA lacks sufficient information to form a belief as to the truth

16   of the allegations stated in paragraph 9 of the Complaint.

17       10.    The DGA lacks sufficient information to form a belief as to the truth

18   of the allegations stated in paragraph 10 of the Complaint.

19       11.    The DGA lacks sufficient information to form a belief as to the truth

20   of the allegations stated in paragraph 11 of the Complaint.

21       12.    The DGA lacks sufficient information to form a belief as to the truth

22   of the allegations stated in paragraph 12 of the Complaint.

23       13.    The DGA lacks sufficient information to form a belief as to the truth

24   of the allegations stated in paragraph 13 of the Complaint.

25   **JURISDICTION AND VENUE**

26       14.    The DGA lacks sufficient information to form a belief as to the truth

27   of the allegations stated in paragraph 14 of the Complaint.

28   590170.1  12385-0000

Bush Gottlieb
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

15.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 15 of the Complaint.

16.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 16 of the Complaint.

## **BACKGROUND: RELEVANT INDIVIDUALS AND ENTITIES**

17.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 17 of the Complaint.

18.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 18 of the Complaint.

19.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 19 of the Complaint.

20.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 20 of the Complaint.

21.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 21 of the Complaint.

22.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 22 of the Complaint.

23.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 23 of the Complaint.

24.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 24 of the Complaint.

25.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 25 of the Complaint.

26.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 26 of the Complaint.

27.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 27 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

Bush Gottlieb
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

28.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 28 of the Complaint.

29.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 29 of the Complaint.

30.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 30 of the Complaint.

31.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 31 of the Complaint.

32.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 32 of the Complaint.

## EVIDENCE SUPPORTING FORFEITURE

33.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 33 of the Complaint.

## I.     BACKGROUND ON THE FORMATION OF 1MDB

34.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 34 of the Complaint.

35.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 35 of the Complaint.

36.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 36 of the Complaint.

37.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 37 of the Complaint.

38.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 38 of the Complaint.

39.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 39 of the Complaint.

## II.   THE GOOD STAR PHASE:  MORE THAN $1 BILLION IS MISAPPROPRIATED FROM 1MDB

### A.   EXECUTIVE SUMMARY OF THE GOOD STAR PHASE

40.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 40 of the Complaint.

41.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 41 of the Complaint.

42.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 42 of the Complaint.

43.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 43 of the Complaint.

### B.   INCEPTION OF GOOD STAR AND THE GOOD STAR ACCOUNT

44.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 44 of the Complaint.

45.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 45 of the Complaint.

46.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 46 of the Complaint.

### C.   1MDB FORMS A JOINT VENTURE WITH PETROSAUDI IN SEPTEMBER 2009

47.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 47 of the Complaint.

48.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 48 of the Complaint.

49.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 49 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

50.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 50 of the Complaint.

51.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 51 of the Complaint.

52.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 52 of the Complaint.

53.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 53 of the Complaint.

54.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 54 of the Complaint.

55.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 55 of the Complaint.

56.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 56 of the Complaint.

57.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 57 of the Complaint.

58.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 58 of the Complaint.

## D.     FALSE REPRESENTATION TO BANKS CAUSING $700 MILLION DIVERSION FROM 1MDB TO THE GOOD STAR ACCOUNT

59.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 59 of the Complaint.

60.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 60 of the Complaint.

61.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 61 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

62.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 62 of the Complaint.

63.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 63 of the Complaint.

64.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 64 of the Complaint.

65.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 65 of the Complaint.

66.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 66 of the Complaint.

67.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 67 of the Complaint.

68.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 68 of the Complaint.

69.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 69 of the Complaint.

70.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 70 of the Complaint.

71.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 71 of the Complaint.

72.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 72 of the Complaint.

73.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 73 of the Complaint.

74.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 74 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

75.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 75 of the Complaint.

76.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 76 of the Complaint.

77.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 77 of the Complaint.

78.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 78 of the Complaint.

79.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 79 of the Complaint.

80.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 80 of the Complaint.

### E.     1MDB OFFICERS 1 AND 2 CONCEAL MISAPPROPRIATION OF FUNDS FROM 1MDB BOARD OF DIRECTORS

81.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 81 of the Complaint.

82.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 82 of the Complaint.

83.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 83 of the Complaint.

84.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 84 of the Complaint.

85.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 85 of the Complaint.

86.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 86 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

87.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 87 of the Complaint.

88.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 88 of the Complaint.

89.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 89 of the Complaint.

90.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 90 of the Complaint.

**F.     AN ADDITIONAL $330 MILLION IN 1MDB FUNDS WAS DIVERTED TO LOW'S GOOD STAR ACCOUNT IN 2001**

91.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 91 of the Complaint.

92.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 92 of the Complaint.

93.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 93 of the Complaint.

94.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 94 of the Complaint.

95.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 95 of the Complaint.

96.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 96 of the Complaint.

97.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 97 of the Complaint.

98.     The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 98 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

**G.    FUNDS MISAPPRPRIATED FROM 1MDB WERE TRANSFERRED TO THE CO-FOUNDER OF PETROSAUDI AND THEREAFTER TO MALAYSIAN OFFICIAL 1**

99.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 99 of the Complaint.

100.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 100 of the Complaint.

101.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 101 of the Complaint.

102.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 102 of the Complaint.

**H.    LOW LAUNDERED APPROXIMATELY $368 MILLION IN FUNDS DIVERTED FROM THE 1MDB JOINT VENTURE INTO THE UNITED STATES**

103.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 103 of the Complaint.

104.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 104 of the Complaint.

105.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 105 of the Complaint.

106.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 106 of the Complaint.

107.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 107 of the Complaint.

108.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 108 of the Complaint.

**I.    LOW TRANSFERRED APPROXIMATELY $389 MILLION IN IMDB FUNDS TO ANOTHER ACCOUNT CONTROLLED BY HIM BUT HELD IN THE NAME OF ABU DHABI-KUWAIT-MALAYSIA INVESTMENT CORPORATION (ADKMIC)**

109.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 109 of the Complaint.

110.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 110 of the Complaint.

111.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 111 of the Complaint.

**III.   THE AABAR-BVI PHASE: APPROXIMATELY $1.367 BILLION IS MISAPPROPRIATED FROM 1MDB**

**A.    EXECUTIVE SUMMARY OF THE AABAR-BVI PHASE**

112.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 112 of the Complaint.

113.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 113 of the Complaint.

114.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 114 of the Complaint.

115.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 115 of the Complaint.

116.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 116 of the Complaint.

117.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 117 of the Complaint.

118.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 118 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

119.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 119 of the Complaint.

120.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 120 of the Complaint.

**B.    IN 2012, 1MDB ISSUED $3.5 BILLION IN BONDS IN TWO SEPARATE OFFERINFS ARRANGED BY GOLDMAN**

121.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 121 of the Complaint.

122.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 122 of the Complaint.

123.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 123 of the Complaint.

124.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 124 of the Complaint.

125.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 125 of the Complaint.

126.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 126 of the Complaint.

127.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 127 of the Complaint.

128.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 128 of the Complaint.

129.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 129 of the Complaint.

130.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 130 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

131.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 131 of the Complaint.

132.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 132 of the Complaint.

133.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 133 of the Complaint.

134.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 134 of the Complaint.

135.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 135 of the Complaint.

136.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 136 of the Complaint.

137.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 137 of the Complaint.

138.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 138 of the Complaint.

139.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 139 of the Complaint.

140.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 140 of the Complaint.

141.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 141 of the Complaint.

142.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 142 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

### C. A SUBSTANTIAL PORTION OF THE PROCEEDS OF THE 2012 BOND SALES WAS DIVERTED TO AND THROUGH THE AABAR-BVI SWISS ACCOUNT

143. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 143 of the Complaint.

144. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 144 of the Complaint.

145. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 145 of the Complaint.

146. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 146 of the Complaint.

147. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 147 of the Complaint.

148. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 148 of the Complaint.

149. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 149 of the Complaint.

150. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 150 of the Complaint.

151. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 151 of the Complaint.

152. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 152 of the Complaint.

153. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 153 of the Complaint.

154. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 154 of the Complaint.

155.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 155 of the Complaint.

156.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 156 of the Complaint.

157.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 157 of the Complaint.

158.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 158 of the Complaint.

159.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 159 of the Complaint.

160.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 160 of the Complaint.

161.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 161 of the Complaint.

162.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 162 of the Complaint.

163.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 163 of the Complaint.

164.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 164 of the Complaint.

165.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 165 of the Complaint.

## D.   AABAR-BVI TRANSFERRED APPROXIMATELY $1.1 BILLION TO THE BLACKSTONE ACCOUNT, BEGINNING WITHIN DAYS OF RECEIVING FUNDS FROM 1MDB

166.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 166 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

167.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 167 of the Complaint.

168.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 168 of the Complaint.

169.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 169 of the Complaint.

170.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 170 of the Complaint.

171.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 171 of the Complaint.

172.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 172 of the Complaint.

173.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 173 of the Complaint.

174.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 174 of the Complaint.

175.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 175 of the Complaint.

176.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 176 of the Complaint.

177.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 177 of the Complaint.

**E.   AFTER RECEIVING FUNDS FROM AABAR-BVI, BLACKSTONE DISTRIBUTED APPROXIMATELY $574 MILLION TO OFFICERS OF IPIC, AABAR, AND 1MDB**

178.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 178 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

179. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 179 of the Complaint.

180. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 180 of the Complaint.

181. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 181 of the Complaint.

182. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 182 of the Complaint.

183. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 183 of the Complaint.

184. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 184 of the Complaint.

185. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 185 of the Complaint.

186. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 186 of the Complaint.

187. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 187 of the Complaint.

188. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 188 of the Complaint.

189. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 189 of the Complaint.

190. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 190 of the Complaint.

191. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 191 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

192.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 192 of the Complaint.

193.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 193 of the Complaint.

194.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 194 of the Complaint.

195.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 195 of the Complaint.

196.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 196 of the Complaint.

197.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 197 of the Complaint.

198.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 198 of the Complaint.

199.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 199 of the Complaint.

200.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 200 of the Complaint.

201.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 201 of the Complaint.

**F.   AABAR-BVI SENT APPROXIMATELY $238 MILLION TO AN ACCOUNT CONTROLLED BY AZIZ**

202.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 202 of the Complaint.

203.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 203 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

204.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 204 of the Complaint.

205.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 205 of the Complaint.

206.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 206 of the Complaint.

207.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 207 of the Complaint.

208.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 208 of the Complaint.

209.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 209 of the Complaint.

210.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 210 of the Complaint.

211.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 211 of the Complaint.

212.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 212 of the Complaint.

213.   The DGA admits that Red Granite Pictures is a movie production company that produced several motion pictures, including "The Wolf of Wall Street," "Friends with Kids," and "Dumb and Dumber To."  The DGA lacks sufficient information to form a belief as to the truth of any other allegations stated or implied in paragraph 213 of the Complaint.

214.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 214 of the Complaint.

215.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 215 of the Complaint.

Bush Gottlieb
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

216.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 216 of the Complaint.

217.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 217 of the Complaint.

218.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 218 of the Complaint.

219.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 219 of the Complaint.

220.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 220 of the Complaint.

221.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 221 of the Complaint.

222.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 222 of the Complaint.

223.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 223 of the Complaint.

224.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 224 of the Complaint.

225.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 225 of the Complaint.

226.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 226 of the Complaint.

## IV.    THE TANORE PHASE: MORE THAN $1.26 BILLION IS MISAPPROPRIATED FROM 1MDB

### A.    EXECUTIVE SUMMARY OF THE TANORE PHASE

227.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 227 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

590170.1  12385-0000

ANSWER OF CLAIMANT DIRECTORS GUILD OF AMERICA, INC.
TO VERIFIED COMPLAINT FOR FORFEITURE

228.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 228 of the Complaint.

229.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 229 of the Complaint.

230.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 230 of the Complaint.

**B.     IN MARCH 2013, 1MDB ISSUED $3 BILLION IN GOLDMAN – UNDERWRITTEN BONDS FOR INVESTMENT IN A JOINT VENTURE WITH AABAR**

231.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 231 of the Complaint.

232.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 232 of the Complaint.

233.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 233 of the Complaint.

234.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 234 of the Complaint.

235.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 235 of the Complaint.

236.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 236 of the Complaint.

237.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 237 of the Complaint.

238.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 238 of the Complaint.

239.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 239 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

590170.1  12385-0000

ANSWER OF CLAIMANT DIRECTORS GUILD OF AMERICA, INC.
TO VERIFIED COMPLAINT FOR FORFEITURE

240.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 240 of the Complaint.

241.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 241 of the Complaint.

242.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 242 of the Complaint.

C.      **FUNDS FROM THE 2013 BOND SALE WERE DIVERTED TO THE TANORE ACCOUNT**

243.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 243 of the Complaint.

244.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 244 of the Complaint.

245.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 245 of the Complaint.

246.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 246 of the Complaint.

247.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 247 of the Complaint.

248.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 248 of the Complaint.

249.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 249 of the Complaint.

250.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 250 of the Complaint.

251.    The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 251 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

252.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 252 of the Complaint.

253.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 253 of the Complaint.

254.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 254 of the Complaint.

255.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 255 of the Complaint.

256.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 256 of the Complaint.

257.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 257 of the Complaint.

258.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 258 of the Complaint.

**D.    $681 MILLION WAS TRANSFERRED FROM THE TANORE ACCOUNT TO AN ACCOUNT BELONGING TO MALAYSIAN OFFICIAL 1**

259.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 259 of the Complaint.

260.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 260 of the Complaint.

261.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 261 of the Complaint.

262.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 262 of the Complaint.

263.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 263 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

264.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 264 of the Complaint.

**E.   FROM APPROXIMATELY MAY THROUGH SEPTEMBER 2013, THE TANORE ACCOUNT WAS USED TO PURCHASE ART FOR THE PERSONAL BENEFIT OF TAN AND LOW**

265.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 265 of the Complaint.

266.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 266 of the Complaint.

267.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 267 of the Complaint.

268.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 268 of the Complaint.

269.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 269 of the Complaint.

270.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 270 of the Complaint.

271.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 271 of the Complaint.

272.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 272 of the Complaint.

273.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 273 of the Complaint.

274.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 274 of the Complaint.

275.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 275 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

276.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 276 of the Complaint.

277.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 277 of the Complaint.

278.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 278 of the Complaint.

279.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 279 of the Complaint.

280.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 280 of the Complaint.

281.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 281 of the Complaint.

282.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 282 of the Complaint.

283.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 283 of the Complaint.

284.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 284 of the Complaint.

285.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 285 of the Complaint.

286.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 286 of the Complaint.

287.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 287 of the Complaint.

288.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 288 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

289.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 289 of the Complaint.

290.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 290 of the Complaint.

## V.   THE SUBJECT ASSETS WERE INVOLVED IN AND/OR TRACEABLE TO THE PROCEEDS OF THE FOREGOING CRIMINAL CONDUCT

291.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 291 of the Complaint.

### A.   LOW PURCHASED THE L'HERMITAGE PROPERTY USING 1MDB FUNDS FROM GOOD STAR MOVED THROUGH THE SHEARMAN IOLA ACCOUNT

292.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 292 of the Complaint.

293.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 293 of the Complaint.

294.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 294 of the Complaint.

295.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 295 of the Complaint.

296.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 296 of the Complaint.

297.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 297 of the Complaint.

298.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 298 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

299.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 299 of the Complaint.

300.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 300 of the Complaint.

301.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 301 of the Complaint.

302.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 302 of the Complaint.

303.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 303 of the Complaint.

304.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 304 of the Complaint.

305.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 305 of the Complaint.

**B.      HILLCREST PROPERTY 1 WAS PURCHASED USING 1MDB FUNDS MOVED THROUGH SHEARMAN IOLA ACCOUNT, AND AZIZ THEREAFTER PURPORTEDLY PURCHASED THE PROPERTY FROM LOW WITH 1MDB FUNDS PASSED THROUGH THE AABAR-BVI ACCOUNT**

306.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 306 of the Complaint.

307.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 307 of the Complaint.

308.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 308 of the Complaint.

309.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 309 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

590170.1  12385-0000

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

310.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 310 of the Complaint.

311.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 311 of the Complaint.

312.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 312 of the Complaint.

313.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 313 of the Complaint.

314.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 314 of the Complaint.

315.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 315 of the Complaint.

316.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 316 of the Complaint.

317.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 317 of the Complaint.

318.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 318 of the Complaint.

319.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 319 of the Complaint.

320.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 320 of the Complaint.

321.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 321 of the Complaint.

322.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 322 of the Complaint.

## C.   LOW PURCHASED THE PARK LAUREL CONDOMINIUM USING 1MDB FUNDS MOVED THROUGH A SHEARMAN-IOLA ACCOUNT

323.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 323 of the Complaint.

324.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 324 of the Complaint.

325.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 325 of the Complaint.

326.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 326 of the Complaint.

327.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 327 of the Complaint.

328.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 328 of the Complaint.

329.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 329 of the Complaint.

330.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 330 of the Complaint.

331.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 331 of the Complaint.

## D.   LOW PURCHASED THE BOMBARDIER JET USING 1MDB FUNDS MOVED THROUGH SHEARMAN-IOLA ACCOUNT

332.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 332 of the Complaint.

333.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 333 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

ANSWER OF CLAIMANT DIRECTORS GUILD OF AMERICA, INC.
TO VERIFIED COMPLAINT FOR FORFEITURE

334.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 334 of the Complaint.

335.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 335 of the Complaint.

336.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 336 of the Complaint.

337.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 337 of the Complaint.

338.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 338 of the Complaint.

339.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 339 of the Complaint.

340.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 340 of the Complaint.

341.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 341 of the Complaint.

342.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 342 of the Complaint.

343.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 343 of the Complaint.

344.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 344 of the Complaint.

**E.     LOW PURCHASED THE TIME WARNER PENTHOUSE AND TIME WARNER STORAGE UNIT USING 1MDB FUNDS PASSED THROUGH THE ADKMIC BSI ACCOUNT**

345.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 345 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

346.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 346 of the Complaint.

347.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 347 of the Complaint.

348.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 348 of the Complaint.

349.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 349 of the Complaint.

350.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 350 of the Complaint.

**F.     LOW PURCHASED THE ORIOLE MANSION USING 1MDB FUNDS FUNNELED THROUGH THE ADKMIC BSI ACCOUNT**

351.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 351 of the Complaint.

352.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 352 of the Complaint.

353.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 353 of the Complaint.

354.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 354 of the Complaint.

355.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 355 of the Complaint.

356.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 356 of the Complaint.

357.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 357 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

**G.    LOW PURCHASED GREENE CONDOMINIUM USING 1MDB FUNDS FUNNELED THROUGH THE ADKMIC BSI ACCOUNT**

358.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 358 of the Complaint.

359.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 359 of the Complaint.

360.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 360 of the Complaint.

361.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 361 of the Complaint.

362.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 362 of the Complaint.

**H.    LOW ACQUIRED AN INTERET IN EMI MUSIC PUBLISHING USING 1MDB FUNDS DIVERTED THROUGH THE GOOD STAR ACCOUNT**

363.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 363 of the Complaint.

364.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 364 of the Complaint.

365.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 365 of the Complaint.

366.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 366 of the Complaint.

367.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 367 of the Complaint.

368.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 368 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

369.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 369 of the Complaint.

370.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 370 of the Complaint.

371.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 371 of the Complaint.

372.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 372 of the Complaint.

373.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 373 of the Complaint.

374.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 374 of the Complaint.

375.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 375 of the Complaint.

376.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 376 of the Complaint.

377.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 377 of the Complaint.

378.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 378 of the Complaint.

379.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 379 of the Complaint.

380.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 380 of the Complaint.

381.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 381 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

33

ANSWER OF CLAIMANT DIRECTORS GUILD OF AMERICA, INC.
TO VERIFIED COMPLAINT FOR FORFEITURE

Bush Gottlieb
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

382.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 382 of the Complaint.

383.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 383 of the Complaint.

384.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 384 of the Complaint.

## I.    TENS OF MILLIONS OF DOLLARS IN FUNDS DIVERTED FROM 1MDB WERE USED TO FUND RED GRANITE PICTURES AND TO PRODUCE THE MOTION PICTURE "WOLF OF WALL STREET"

385.   The DGA admits that "The Wolf of Wall Street" is a motion picture produced by Red Granite Pictures and released in the United States on December 25, 2013.  The DGA lacks sufficient information to form a belief as to the truth of any other allegations stated or implied in paragraph 385 of the Complaint.

386.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 386 of the Complaint.

387.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 387 of the Complaint.

388.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 388 of the Complaint.

389.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 389 of the Complaint.

390.   The DGA admits that "TWOWS" is an acronym for "The Wolf of Wall Street," and TWOWS LLC was an entity formed by Red Granite Pictures to produce "The Wolf of Wall Street."  The DGA admits it is common in the film industry to form entities, such as a limited liability corporation, for the purpose of

producing a film.  The DGA lacks sufficient information to form a belief as to the truth of any other allegations stated or implied in paragraph 390 of the Complaint.

391.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 391 of the Complaint.

392.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 392 of the Complaint.

393.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 393 of the Complaint.

394.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 394 of the Complaint.

395.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 395 of the Complaint.

396.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 396 of the Complaint.

397.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 397 of the Complaint.

398.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 398 of the Complaint.

399.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 399 of the Complaint.

400.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 400 of the Complaint.

401.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 401 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

**J.   LOW ACQUIRED AN INTEREST IN "SYMPHONY CP (PARK LANE) LLC" AND THE PARK LANE HOTEL USING 1MDB FUNDS DIVERTED THROUGH THE TANORE ACCOUNT**

402.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 402 of the Complaint.

403.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 403 of the Complaint.

404.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 404 of the Complaint.

405.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 405 of the Complaint.

406.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 406 of the Complaint.

407.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 407 of the Complaint.

408.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 408 of the Complaint.

409.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 409 of the Complaint.

410.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 410 of the Complaint.

411.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 411 of the Complaint.

412.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 412 of the Complaint.

413.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 413 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

414.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 414 of the Complaint.

415.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 415 of the Complaint.

416.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 416 of the Complaint.

417.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 417 of the Complaint.

418.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 418 of the Complaint.

419.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 419 of the Complaint.

420.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 420 of the Complaint.

421.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 421 of the Complaint.

422.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 422 of the Complaint.

423.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 423 of the Complaint.

424.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 424 of the Complaint.

425.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 425 of the Complaint.

426.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 426 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

37

ANSWER OF CLAIMANT DIRECTORS GUILD OF AMERICA, INC.
TO VERIFIED COMPLAINT FOR FORFEITURE

427.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 427 of the Complaint.

428.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 428 of the Complaint.

429.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 429 of the Complaint.

430.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 430 of the Complaint.

431.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 431 of the Complaint.

432.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 432 of the Complaint.

433.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 433 of the Complaint.

434.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 434 of the Complaint.

**K.    LOW PURCHASE THE VAN GOGH ARTWORK USING 1MDB FUNDS FUNNELED THROUGH THE DRAGON MARKET ACCCOUNT, DRAGON DYNASTY ACCOUNT, AND ADKMIC BSI ACCOUNT**

435.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 435 of the Complaint.

436.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 436 of the Complaint.

437.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 437 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

438.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 438 of the Complaint.

439.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 439 of the Complaint.

440.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 440 of the Complaint.

441.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 441 of the Complaint.

442.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 442 of the Complaint.

443.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 443 of the Complaint.

444.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 444 of the Complaint.

445.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 445 of the Complaint.

446.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 446 of the Complaint.

447.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 447 of the Complaint.

**L.   LOW PURCHASED THE SAINT GEORGES PAINTING USING 1MDB FUNDS FUNNELED THROUGH THE DRAGON MARKET AND DRAGON DYNASTY ACCOUNTS**

448.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 448 of the Complaint.

449.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 449 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

450.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 450 of the Complaint.

451.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 451 of the Complaint.

452.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 452 of the Complaint.

453.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 453 of the Complaint.

454.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 454 of the Complaint.

455.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 455 of the Complaint.

456.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 456 of the Complaint.

457.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 457 of the Complaint.

458.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 458 of the Complaint.

459.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 459 of the Complaint.

460.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 460 of the Complaint.

## M.   LOW PURCHASED THE NYMPHEAS PAINTING USING 1MDB FUNDS FUNNELED THROUGH THE DRAGON MARKET AND DRAGON DYNASTY ACCOUNTS

461.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 461 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

ANSWER OF CLAIMANT DIRECTORS GUILD OF AMERICA, INC.
TO VERIFIED COMPLAINT FOR FORFEITURE

462.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 462 of the Complaint.

463.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 463 of the Complaint.

464.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 464 of the Complaint.

465.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 465 of the Complaint.

466.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 466 of the Complaint.

467.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 467 of the Complaint.

468.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 468 of the Complaint.

469.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 469 of the Complaint.

## N.   QUBAISI ACQUIRED THE WALKER TOWER PENTHOUSE USING FUNDS DIVERTED THROUGH THE AABAR-BVI SWISS ACCOUNT

470.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 470 of the Complaint.

471.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 471 of the Complaint.

472.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 472 of the Complaint.

473.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 473 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

474. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 474 of the Complaint.

475. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 475 of the Complaint.

476. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 476 of the Complaint.

477. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 477 of the Complaint.

478. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 478 of the Complaint.

479. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 479 of the Complaint.

## O. QUBAISI ACQUIRED THE LAUREL BEVERLY HILLS MANSION USING FUNDS DIVERTED THROUGH THE AABAR-BVI SWISS ACCOUNT

480. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 480 of the Complaint.

481. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 481 of the Complaint.

482. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 482 of the Complaint.

483. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 483 of the Complaint.

484. The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 484 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

P.   **QUBAISI ACQUIRED HILLCREST PROPERTY 2 USING FUNDS DIVERTED THROUGH THE AABAR-BVI SWISS ACCOUNT**

485.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 485 of the Complaint.

486.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 486 of the Complaint.

487.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 487 of the Complaint.

488.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 488 of the Complaint.

489.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 489 of the Complaint.

490.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 490 of the Complaint.

491.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 491 of the Complaint.

Q.   **AZIZ ACQUIRED THE QENTAS TOWNHOUSE & PARKING SPACE 2 USING FUNDS DIVERTED THROUGH THE AABAR-BVI SWISS ACCOUNT**

492.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 492 of the Complaint.

493.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 493 of the Complaint.

494.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 494 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

495.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 495 of the Complaint.

496.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 496 of the Complaint.

497.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 497 of the Complaint.

498.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 498 of the Complaint.

## FOREIGN LAW BASES FOR FORFEITURE

499.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 499 of the Complaint.  To the extent paragraph 499 contains conclusions of law, no response is necessary or appropriate.

500.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 500 of the Complaint.  To the extent paragraph 500 contains conclusions of law, no response is necessary or appropriate.

501.   The DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 501 of the Complaint.  To the extent paragraph 501 contains conclusions of law, no response is necessary or appropriate.

## FIRST CLAIM FOR RELIEF

## (18 U.S.C. § 981(a)(1)(C))

502.   The DGA refers to and reasserts its responses to the allegations set forth in paragraphs 1-501 of the Complaint.

503.   The DGA states that paragraph 503 is a statement of plaintiff's legal position, to which no response is necessary nor appropriate.  To the extent that a responsive pleading is required, the DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 503 of the Complaint.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

504.    The DGA states that paragraph 504 is a statement of plaintiff's legal position, to which no response is necessary nor appropriate.  To the extent that a responsive pleading is required, the DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 504 of the Complaint.

## SECOND CLAIM FOR RELIEF

### (18 U.S.C. § 981(a)(1)(A))

505.    The DGA refers to and reasserts its responses to the allegations set forth in paragraphs 1-501 of the Complaint.

506.    The DGA states that paragraph 506 is a statement of plaintiff's legal position, to which no response is necessary nor appropriate.  To the extent that a responsive pleading is required, the DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 506 of the Complaint.

507.    The DGA states that paragraph 507 is a statement of plaintiff's legal position, to which no response is necessary nor appropriate.  To the extent that a responsive pleading is required, the DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 507 of the Complaint.

## THIRD CLAIM FOR RELIEF

### (18 U.S.C. § 981(a)(1)(A))

508.    The DGA refers to and reasserts its responses to the allegations set forth in paragraphs 1-501 of the Complaint.

509.    The DGA states that paragraph 509 is a statement of plaintiff's legal position, to which no response is necessary nor appropriate.  To the extent that a responsive pleading is required, the DGA lacks sufficient information to form a belief as to the truth of the allegations stated in paragraph 509 of the Complaint.

510.    The DGA states that paragraph 510 is a statement of plaintiff's legal position to which no response is necessary nor appropriate.  To the extent that a

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

1   responsive pleading is required, the DGA lacks sufficient information to form a

2   belief as to the truth of the allegations stated in paragraph 510 of the Complaint.

### **FOURTH CLAIM FOR RELIEF**

### **(18 U.S.C. § 981(a)(1)(A))**

5   511.   The DGA refers to and reasserts its responses to the allegations set

6   forth in paragraphs 1-501 of the Complaint.

7   512.   The DGA states that paragraph 512 is a statement of plaintiff's legal

8   position, to which no response is necessary nor appropriate.  To the extent that a

9   responsive pleading is required, the DGA lacks sufficient information to form a

10   belief as to the truth of the allegations stated in paragraph 512 of the Complaint.

11   513.   The DGA states that paragraph 513 is a statement of plaintiff's legal

12   position to which no response is necessary nor appropriate.  To the extent that a

13   responsive pleading is required, the DGA lacks sufficient information to form a

14   belief as to the truth of the allegations stated in paragraph 513 of the Complaint.

### **AFFIRMATIVE DEFENSES**

16   514.   Without admitting any wrongful conduct on the part of the DGA, the

17   DGA alleges the following affirmative defenses to the Complaint.  By designating

18   the following affirmative defenses, the DGA does not in any way waive or limit

19   any defenses which are or may be raised by its denials and averments set forth

20   herein.

21   515.   These defenses are pled in the alternative, are raised to preserve the

22   rights of the DGA to assert such defenses, and are without prejudice to the DGA's

23   ability to raise other and further defenses.  The DGA expressly reserves all rights to

24   reevaluate its defenses and/or assert additional defenses upon discovery and review

25   of additional documents and information, upon the development of other pertinent

26   facts, and during pretrial proceedings in this action.

27

28

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

## FIRST AFFIRMATIVE DEFENSE

### (Innocent Owner – Valid Security Interest)

516. The DGA is an innocent owner by virtue of a valid security interest in "The Wolf of Wall Street" and was uninvolved in, and unaware of, the unlawful activity allegedly giving rise to forfeiture and did all that reasonably could be expected to prevent the same.

## SECOND AFFIRMATIVE DEFFENSE

### (Constitutional Innocent Owner –

### *Rucker v. Davis*, 237 F.3d 1113 (9th Cir. 2001) (en banc))

517. The DGA was, at all relevant times, an innocent owner uninvolved in and unaware of the unlawful activity allegedly giving rise to forfeiture and did all that reasonably could be expected to prevent the same.

## THIRD AFFIRMATIVE DEFENSE

### (Innocent Owner – Constructive Trust – California Civil Code § 2223)

518. The DGA, on behalf of its members, is an innocent owner as beneficiary to a constructive trust concerning any receipts allocable to the payment of residual obligations arising from the exploitation of "The Wolf of Wall Street," and to avoid the unjust enrichment of any entity that would subsequently exploit "The Wolf of Wall Street" and to keep DGA members from suffering an unjust loss.

## FOURTH AFFIRMATIVE DEFENSE

### (Digital Millennium Copyright Act - 28 U.S.C. § 4001)

519. The DGA's interest in "The Wolf of Wall Street" is protected by 28 U.S.C. § 4001, whereby any subsequent owner of the forfeited motion picture "The Wolf of Wall Street" will be required to assume the obligations of the DGA's collective bargaining agreement, including *inter alia*, the obligation to make residual payments.

## FIFTH AFFIRMATIVE DEFENSE

### (Acceptance of Benefits Without Obligations
### – California Civil Code §§ 1589, 3521)

520.    The directorial team for "The Wolf of Wall Street" provided services on the production of the Defendant Asset and any related transfer of authorship interest under copyright in exchange for compensation, including payment of residuals, pursuant to a DGA collective bargaining agreement, throughout the economic life of the Defendant Asset.  Any post-forfeiture disposition of the Defendant Asset that does not provide for assumption of post-forfeiture residuals permits acceptance of economic benefits through ownership of the Defendant Asset, without accepting the burden or obligation of residuals payments, in violation of California Civil Code § 1589 or § 3521.

## SIXTH AFFIRMATIVE DEFENSE

### (Disproportionality - Eighth Amendment and 18 U.S.C. § 1983(g))

521.    Forfeiture of the DGA's interest in "The Wolf of Wall Street" would be a constitutionally "excessive fine" under the Eighth Amendment of the United States Constitution and 18 U.S.C. § 1983(g).

## SEVENTH AFFIRMATIVE DEFENSE

### (Innocent Owner/Encumbrancer)

522.    The DGA is an innocent owner/encumbrancer which lacked any knowledge of the facts, circumstances, or conduct giving rise to seizure and/or forfeiture.  Moreover, the DGA did not know and was reasonably without cause to believe that "The Wolf of Wall Street" was subject to forfeiture.

## EIGHTH AFFIRMATIVE DEFENSE

### (Unstated Affirmative Defenses)

523.    At this time, the DGA has insufficient knowledge or information upon which to form a belief as to whether it has additional, as yet unstated, affirmative

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

1  defenses.  The DGA therefore reserves herein the right to assert additional

2  affirmative defenses in the event that discovery indicates that they would be

3  appropriate.

4  ## **PRAYER FOR RELIEF**

5  **WHEREFORE**, Claimant requests that this Court enter judgment in its favor

6  exempting its interest in the Defendant Asset from forfeiture, determine that

7  Claimant substantially prevailed in this action, award Claimant reasonable

8  attorney's fees and other litigation cost, and grant Claimant all further legal and

9  equitable relief as this Court finds just and proper.

10

11  DATED: April 24, 2017              Respectfully submitted,

12

13                                    JOSEPH A. KOHANSKI
                                      DAVID E. AHDOOT
14                                    BUSH GOTTLIEB, A Law Corporation

15                                    By: /s/ Joseph A. Kohanski
16                                        JOSEPH A. KOHANSKI
                                      Attorneys for DIRECTORS GUILD OF
17                                    AMERICA, INC.

18

19

20

21

22

23

24

25

26

27

28

49

ANSWER OF CLAIMANT DIRECTORS GUILD OF AMERICA, INC.
TO VERIFIED COMPLAINT FOR FORFEITURE

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

## <u>VERIFICATION</u>

I am the General Counsel of Claimant Directors Guild of America, Inc.  I verify, under penalty of perjury, that the foregoing Answer to Complaint is true and correct.

**EXECUTED ON:**  April 24 , 2017

By
David B. Dreyfus
General Counsel
Directors Guild of America, Inc.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

590170.1  12385-0000

50

ANSWER OF CLAIMANT DIRECTORS GUILD OF AMERICA, INC.
TO VERIFIED COMPLAINT FOR FORFEITURE