Matthew L. Schwartz (admitted *pro hac vice*)
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
E-mail: mlschwartz@bsfllp.com

David L. Zifkin (SBN 232845)
BOIES SCHILLER FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, California 90401
Telephone: (310) 752-2400
Fax: (310) 752-2490
E-mail: dzifkin@bsfllp.com

*Attorneys for Red Granite Pictures, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>"THE WOLF OF WALL STREET" MOTION PICTURE, ETC.,<br><br>    Defendant. | Case No. 16-cv-5362-DSF (PLAx)<br><br>NOTICE OF SETTLEMENT |

Red Granite Pictures, Inc., and its related entities (collectively, "Red Granite"), by and through their attorneys Boies Schiller Flexner LLP, respectfully submit this notice of settlement.

The parties are pleased to inform the Court that Red Granite and the government have reached a settlement in principle. The contemplated settlement, which remains subject to final documentation and necessary approvals within the government, will fully resolve the actions assigned case numbers 16-cv-5362-DSF (PLAx) and 17-cv-04439-DSF (PLAx), and any other potential claims involving Red Granite or any of its assets, and will continue to hold harmless third parties that do business with Red Granite. The parties are in the process of obtaining the appropriate approvals and finalizing the necessary paperwork for the Court's approval.

Dated: September 15, 2017

Respectfully,

BOIES SCHILLER FLEXNER LLP
*Attorneys for Red Granite Pictures, Inc.,*

/s/ Matthew L. Schwartz
Matthew L. Schwartz
575 Lexington Ave.
New York, New York 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
E-mail: mlschwartz@bsfllp.com

David L. Zifkin (SBN 232845)
401 Wilshire Boulevard, Suite 850
Santa Monica, California 90401
Telephone: (310) 752-2400
Fax: (310) 752-2490
E-mail: dzifkin@bsfllp.com