DEBORAH CONNOR, Acting Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER
Chief, International Unit
JONATHAN BAUM, Senior Trial Attorney
BARBARA LEVY, Trial Attorney
Criminal Division
United States Department of Justice
   1400 New York Avenue, N.W., 10th Floor
   Washington, D.C. 20530
   Telephone: (202) 514-1263
   Email:  Woo.Lee@usdoj.gov

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
JONATHAN GALATZAN (CBN: 190414)
Assistant United States Attorneys
Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-3391/(213) 894-2727
   Facsimile: (213) 894-7177
   Email: John.Kucera@usdoj.gov
          Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>        v.<br><br>"THE WOLF OF WALL STREET" MOTION PICTURE, ETC.<br><br>      Defendants. | No. CV 16-5362 DSF (PLAx)<br><br>**STIPULATION AND REQUEST TO EXTEND TIME TO FILE CLAIM AND ANSWER TO COMPLAINT BY AN ADDITIONAL 30 DAYS**<br><br>Current Claim and Answer Dates:<br>10/11/17 and 11/3/17<br><br>New Response Dates:<br>11/10/17 and 12/4/17 |

This action was filed on July 20, 2016, and amended on August 4, 2017, against the defendant "Any and all rights to and interest in the motion picture 'The Wolf of Wall Street,' belonging to Red Granite Pictures" (the "Defendant Asset").  Red Granite Pictures, Inc., Red Granite Capital Ltd., Red Granite Capital US, LLC, TWOWS, LLC, Red Granite International, Inc., Directors Guild of America, Inc., Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America West, Inc., their respective Pension and Health Plans, and the Motion Picture Industry Pension and Health Plans, (collectively, "potential claimants") may have a potential interest in the Defendant Asset.  At present, related to the action as amended on August 4, 2017, the deadline to file any claim to the defendant asset is October 11, 2017, and any answer would be due November 3, 2017.

On September 15, 2017, interested party Red Granite Pictures, Inc., filed a "Notice of Settlement."  Subsequently, the parties have agreed to an additional thirty-day extension of the deadline as to the claim and answer due, set forth in Supplemental Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  Accordingly, potential claimants' time to file a claim is extended from October 11, 2017, to November 10, 2017, and the time to file an answer is extended from November 3, 2017, to December 4, 2017.

The parties agree that the extended deadline will permit the United States and potential claimants to finalize the specifics of the settlement agreement and for the Government to obtain necessary approvals.

By the signatures of their attorneys hereunder, the parties stipulate and request that this Court extend potential claimants' claim deadline to November 10, 2017, and extend the Answer deadline to December 4, 2017.

Dated: October 11, 2017        Respectfully submitted,

                               DEBORAH CONNOR
                               Acting Chief, MLARS

                               SANDRA R. BROWN
                               Acting United States Attorney


                                     /s/John J. Kucera
                               JOHN J. KUCERA
                               JONATHAN GALATZAN
                               Assistant United States Attorneys

                               WOO S. LEE
                               Deputy Chief, MLARS
                               JONATHAN BAUM
                               BARBARA LEVY
                               Trial Attorneys, MLARS

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA


Dated: October 11, 2017              /s/(per e-mail confirmation)
                               MATTHEW L SCHWARTZ, ESQ.
                               DAVID L. ZIFKIN, ESQ.

                               Attorneys for Claimants
                               Red Granite Pictures, Inc.,
                               Red Granite Capital Ltd.,
                               Red Granite Capital US, LLC,
                               TWOWS, LLC,
                               Red Granite International, Inc

| | |
|---|---|
| Dated: October 11, 2017 |      /s/(per e-mail confirmation)<br>JOSEPH A. KOHANSKI, ESQ.<br><br>Attorney for Claimants<br>The Directors Guild of America, Inc., Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America West, Inc., their respective Pension and Health Plans, and the Motion Picture Industry Pension and Health Plans |