DEBORAH CONNOR, Acting Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER
Chief, International Unit
WOO S. LEE
Deputy Chief, International Unit
JONATHAN BAUM, Senior Trial Attorney
BARBARA LEVY, Trial Attorney
Criminal Division
United States Department of Justice
   1400 New York Avenue, N.W., 10th Floor
   Washington, D.C. 20530
   Telephone: (202) 514-1263
   Email:  Woo.Lee@usdoj.gov

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
JONATHAN GALATZAN (CBN: 190414)
Assistant United States Attorneys
Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-3391/(213) 894-2727
   Facsimile: (213) 894-7177
   Email: John.Kucera@usdoj.gov
         Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>        v.<br><br>"THE WOLF OF WALL STREET" MOTION PICTURE, ETC.<br><br>      Defendant. | No. CV 16-5362-DSF (PLAx)<br><br>**STIPULATION AND REQUEST TO LIFT STAY** |

Plaintiff United States of America and potential claimants Red Granite Pictures, Inc., Red Granite Capital Ltd., Red Granite Capital US, LLC, TWOWS, LLC, Red Granite International, Inc., Directors Guild of America, Inc., Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America West, Inc., their respective Pension and Health Plans, and the Motion Picture Industry Pension and Health Plans ("potential claimants"), by their respective undersigned counsel, stipulate and request that the stay in this action be lifted to allow the parties to file a stipulation for consent judgment and proposed consent judgment that will fully resolve this case. Additionally, the parties wish to notify the Court that, in addition to the stipulation and proposed consent judgment in this case, the parties have reached a global settlement that also includes *U.S. v. All Right To and Interests In The Motion Pictures "Daddy's Home" and "Dumb and Dumber To," belonging to Red Granite Pictures*, CV 17-4439-DSF (PLAx).

*//*

*//*

On July 20, 2016, the Government initiated this civil forfeiture action alleging that the defendant asset is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) & (A).

On September 13, 2017, this action was stayed pursuant to 18 U.S.C. § 981(g).

Dated: March 2, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　DEBORAH CONNOR
　　　　　　　　　　　　　　　　　　Acting Chief, MLARS

　　　　　　　　　　　　　　　　　　NICOLA T. HANNA
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　 /s/*John J. Kucera*
　　　　　　　　　　　　　　　　　　JOHN J. KUCERA
　　　　　　　　　　　　　　　　　　JONATHAN GALATZAN
　　　　　　　　　　　　　　　　　　Assistant United States Attorneys

　　　　　　　　　　　　　　　　　　WOO S. LEE
　　　　　　　　　　　　　　　　　　Deputy Chief, MLARS
　　　　　　　　　　　　　　　　　　JONATHAN BAUM
　　　　　　　　　　　　　　　　　　BARBARA LEVY
　　　　　　　　　　　　　　　　　　Trial Attorney, MLARS

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA

| | | |
|---|---|---|
| 1 | Dated: March 2, 2018 |   /s/(per e-mail confirmation) |
| 2 | | MATTHEW L. SCHWARTZ |
| 3 | | Attorney for |
| | | Red Granite Pictures, Inc.; |
| 4 | | Red Granite Capital US, LLC; |
| | | Red Granite Capital Ltd.; |
| 5 | | Red Granite International, Inc.; |
| 6 | | TWOWS, LLC |

 

| | | |
|---|---|---|
| 13 | Dated: March 2, 2018 |   /s/(per e-mail confirmation) |
| | | JOSEPH A. KOHANSKI |
| 15 | | Attorney for |
| | | The Directors Guild of America, Inc., Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America West, Inc., their respective Pension and Health Plans, and the Motion Picture Industry Pension and Health Plans |