UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>"THE WOLF OF WALL STREET" MOTION PICTURE, ETC.,<br><br>    Defendant. | NO. CV 16-5362-DSF (PLAx)<br><br>**[PROPOSED]**<br>**ORDER LIFTING STAY** |

Pursuant to the stipulation and request of the parties to lift the stay, and good cause appearing therefor, IT IS ORDERED that the stay in this action is lifted.

DATED:_____     _____
                                 UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBORAH CONNOR, Acting Chief
Money Laundering and Asset Recovery Section (MLARS)
WOO S. LEE
JONATHAN BAUM
BARBARA LEVY
Criminal Division
U.S. Department of Justice

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____/s/*John J. Kucera*_____
JOHN J. KUCERA
JONATHAN GALATZAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA